Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____Northern District of Illinois_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Tavern on LaGrange Corp |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | Tavern on LaGrange |
| **3. Debtor's federal Employer Identification Number (EIN)** | 84 – 5185645 |

**4. Debtor's address**

**Principal place of business**

5403 S La Grange Rd
Number    Street

Attn Antonio Barnes, President

Countryside, IL 60525-2852
City                State    ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | https://tavernonlagrange.com/ |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **1**

Debtor     Tavern on LaGrange Corp _____     Case number *(if known)* _____
             Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
 5  8  1  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.  District _Northern District of Illinois_   When _4/6/2022_   Case number _22-04773_
                                                       MM / DD / YYYY
            District _____          When _____ Case number _____
                                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____          Relationship _____
            District _____      When _____
                                                                 MM / DD / YYYY
            Case number, if known _____

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   Tavern on LaGrange Corp   Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number  Street<br>_____<br>City      State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor    Tavern on LaGrange Corp
    Name    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/08/2023
    MM/ DD/ YYYY

X    /s/ Antonio Barnes                                         Antonio Barnes
Signature of authorized representative of debtor    Printed name

Title    President and Designated Representative

**18. Signature of attorney**

X    /s/ J. Kevin Benjamin, Esq.    Date    02/08/2023
Signature of attorney for debtor        MM/ DD/ YYYY

J. Kevin Benjamin, Esq.
Printed name

Benjamin Legal Services
Firm name

1016 W. Jackson Blvd
Number    Street

Chicago        IL        60607-2914
City    State    ZIP Code

(773) 425-5755        attorneys@benjaminlaw.com
Contact phone    Email address

6202321        IL
Bar number    State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

## **RESOLUTION**

I ANTONIO BARNES CERTIFY THAT THE CORPORATE RESOLUTIONS ATTACED TO THIS CERTIFICTION ARE AUTHORIZED BY TAVERN ON LAGRANGE CORP. AN ILLINOIS CORPORATION ILLINOIS LIMITED LIABILITY COMPANY AND THAT I AM THE OF THE PRESIDENT OF SAID ILLINOIS CORPORATION.

_____
**ANTONIO BARNES**

**DATED THIS February 8, 2023**

1

UNANIMOUS WRITTEN CONSENT
OF THE MEMBERS AND MANAGERS OF
<u>TAVERN ON LAGRANGE CORP.</u>

The undersigned, being the sole director of TAVERN ON LAGRANGE CORP. AN ILLINOIS CORPORATION an Illinois Corporation acting pursuant to section 8.45 of the Business Corporation Act of 1983 as amended from time to time do hereby adopt, approve, and consent, in writing to the following resolution without the formality of a special meeting:

<u>**CHAPTER 11 FILING**</u>

RESOLVED: That The directors of this company authorize TAVERN ON LAGRANGE CORP. AN ILLINOIS CORPORATION shareholders/directors and officers AUTHORIZE the company to enter into the Chapter 11 proceeding in the United States Bankruptcy Court and give consent to Antonio Barnes to sign all the appropriate documents as required by the Court, including, and not limited to the Bankruptcy petition and all schedules. That these actions are hereby approved by the Shareholders/members/directors and officers. Antonio Bares the President of the Corporation is authorized to execute the appropriate documents as indicated herein.

Dated this February 8, 2023

I, _Angelica Marin_, a notary public in and for the County and State aforesaid, do hereby certify that Antonio Barnes whose names are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed and delivered the said instrument as their free and voluntary act, and the free and voluntary act of the limited liability companies and corporation, for the uses and purposes therein set forth.

GIVEN under my hand and notarial seal this 8th day of ~~October~~ February 8, 2023 ~~2022~~

My Commission expires: _10-5-2026_

Notary Public

"OFFICIAL SEAL"
ANGELICA MARIN
Notary Public - State of Illinois
My Commission Expires October 05, 2026

2

Fill in this information to identify the case:

Debtor name: Tavern on LaGrange Corp

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ally Bank<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 | | | Disputed | | | $61,767.05 |
| 2 | AMUR Financial<br>304 W 3rd St<br>Grand Island, NE 68801-5941 | | Loan | Disputed | | | $38,394.56 |
| 3 | Benjamin Legal Services<br>1016 W Jackson Blvd<br>Chicago, IL 60607-2914 | | Attorney Fee Award in Prior BK 11 of Debtor | | | | $10,000.00 |
| 4 | Capital One Bank (USA), N.A.<br>American Infosource LP, as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | | | Disputed | | | $9,686.23 |
| 5 | Centra Funding LLC<br>c/o Wright Law Group PLLC<br>Po Box 105603 Pmb 84356<br>Atlanta, GA 30348-5603 | | | Disputed | | | $47,888.49 |
| 6 | Centra Funding LLC<br>c/o Wright Law Group PLLC<br>Po Box 105603 Pmb 84356<br>Atlanta, GA 30348-5603 | | | Disputed | | | $4,950.61 |
| 7 | Centra Funding LLC<br>c/o Wright Law Group PLLC<br>Po Box 105603 Pmb 84356<br>Atlanta, GA 30348-5603 | | | Disputed | | | $3,020.16 |
| 8 | Ferrellgas LP<br>1 Liberty Plz Md 40<br>Liberty, MO 64068-2970 | | Goods Sold | Disputed | | | $787.83 |

Debtor   Tavern on LaGrange Corp_____     Case number *(if known)* _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Fox Capital Group Inc<br>1920 E Hallandale Beach Blvd Ste 503<br>Hallandle Bch, FL 33009-4723 | | UCC-1 Financing Statement | | | | $53,676.20 |
| 10  Illinois Department of Revenue<br>Bankruptcy<br>Po Box 19035<br>Springfield, IL 62794-9035 | | | | | | $296,950.27 |
| 11  Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $145,500.00 |
| 12  Kapitus Servicing, Inc.<br>as agent for Kapitus LLC<br>120 W 45th St Fl 4<br>New York, NY 10036-4041 | | UCC-1 Financing Statement | | | | $75,248.92 |
| 13  Newpoint Advisors Corporation<br>Matthew Brash<br>5600 N River Rd Ste 800<br>Rosemont, IL 60018-5166 | | Sub V Trustee Fee Award in Prior BK 11 of Debtor | | | | $38,947.24 |
| 14  Swift Financial LLC<br>3505 Silverside Rd Ste 200<br>Wilmington, DE 19810-4905 | | UCC-1 Financing Statement | Contingent Disputed | | | $71,840.91 |
| 15  The Law Office of William J. Factor, Ltd<br>105 W Madison St Ste 1500<br>Chicago, IL 60602-4602 | | Attorney Fee Award in Prior BK 11 of Debtor | | | | $23,423.06 |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE: **Tavern on LaGrange Corp**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____02/08/2023_____   Signature _____/s/ Antonio Barnes_____
Antonio Barnes, President and Designated Representative

Debtor  __Tavern on LaGrange Corp__
         Name

Case number *(if known)* _____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/08/2023__
             MM/ DD/ YYYY

X __/s/ Antonio Barnes__                                         __Antonio Barnes__
Signature of authorized representative of debtor                   Printed name

Title __President and Designated Representative__

### 18. Signature of attorney

X __/s/ J. Kevin Benjamin, Esq.__                    Date __02/08/2023__
Signature of attorney for debtor                            MM/ DD/ YYYY

__J. Kevin Benjamin, Esq.__
Printed name

__Benjamin Legal Services__
Firm name

__1016 W. Jackson Blvd__
Number    Street

__Chicago__                              __IL__        __60607-2914__
City                                     State         ZIP Code

__(773) 425-5755__                       __attorneys@benjaminlaw.com__
Contact phone                            Email address

__6202321__                              __IL__
Bar number                               State

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE: **Tavern on LaGrange Corp**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __02/08/2023__    Signature _/s/ Antonio Barnes_____

Antonio Barnes, President and Designated Representative

Ally Bank
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

AMUR Financial
304 W 3rd St
Grand Island, NE 68801-5941

Benjamin Legal Services
1016 W Jackson Blvd
Chicago, IL 60607-2914

Capital One Bank (USA), N.A.
American Infosource LP, as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Centra Funding LLC
c/o Wright Law Group PLLC

Po Box 105603 Pmb 84356
Atlanta, GA 30348-5603

Centra Leasing
Attn Rebecca Foster in Collections
1400 Preston Rd Ste 115
Plano, TX 75093-5159

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Dr
Oak Brook, IL 60523-1502

Ferrellgas LP
1 Liberty Plz Md 40
Liberty, MO 64068-2970

Fox Capital Group Inc
1920 E Hallandale Beach Blvd Ste 503
Hallandle Bch, FL 33009-4723

Guadalupe Arce
11027 W 153rd St
Orland Park, IL 60467

Illinois Department of Revenue
Bankruptcy
Po Box 19035
Springfield, IL 62794-9035

Illinois Department of Revenue
Bureau of Criminal Investigations
9511 W Harrison
Des Plaines, IL 60016

Illinois Department of Revenue
Attn Christopher Moore Special Agent
9511 W. Harrison
Des Plaines, IL 60016

Illinois Liquor Control Commission
50 W Washington St Rm 209
Chicago, IL 60602-1464

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

IOU Financial
600 Townpark Ln Nw Ste 100
Kennesaw, GA 30144-3736

Kaminski Law PLLC
Attn Shanna M. Kaminski
Po Box 725220
Berkley, MI 48072-5220

Kapitus Servicing, Inc.
as agent for Kapitus LLC
120 W 45th St Fl 4
New York, NY 10036-4041

NARAI Ventures LLC
C/O Yana Chechelnitsky, Esq.
6143 186th St Ste 450
Fresh Meadows, NY 11365-2710

Newpoint Advisors Corporation
Matthew Brash
5600 N River Rd Ste 800
Rosemont, IL 60018-5166

Office of the Attorney General
Attn Alesia Crocket Special Investigator
100 W Randolph St
Chicago, IL 60601-3218

Satum Encore Funding
525 Washington Blvd Jersey Blvd
Jersey City, NJ 07310-1606

Charles S. Stahl, Jr., Esq.
2525 Cabot Dr
Lisle, IL 60532-3609

Swanson Martin Bell LLP
2525 Cabot Dr
Lisle, IL 60532-3609

Swift Financial LLC
3505 Silverside Rd Ste 200
Wilmington, DE 19810-4905

Tavern on LaGrange II LLC
Attn Antonio Barnes, Manager
15774 S La Grange Rd Pmb 110
Orland Park, IL 60462-4766

The Law Office of William J. Factor, Ltd
105 W Madison St Ste 1500
Chicago, IL 60602-4602

Valentine Austriaco & Beuschel
105 W Adams St Fl 35
Chicago, IL 60603-6223

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:                                                        CHAPTER **11**
**Tavern on LaGrange Corp**

DEBTOR(S)                                            CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Antonio Barnes**<br>13723 Legend Trail Lane<br>Orland Park, IL 60462 | Common (Class A) | 200 | 50% (100 shares)<br>Equity Shareholder |
| **Keith Johnson**<br>2254 W. 81St Street<br>Chicago, IL 60620 | Common (Class A) | 200 | 50% (100 shares)<br>Equity Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President and Designated Representative** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/08/2023**                          Signature: /s/ Antonio Barnes

                                                                                      Antonio Barnes, President and Designated Representative

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Tavern on LaGrange Corp

Debtor.

A CHAPTER 11 PROCEEDING

Case No. 23-

Judge:

**CORPORATE OWNERSHIP STATEMENT
PURSUANT FRBP 1007(a)(1) and 7007.1**

*Pursuant to FRBP 1007(a)(1) and 7007.1, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Antonio Barnes, President and designated representative of the Debtor in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because: I am the President and an authorized representative of the Debtor corporation.

2. The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

NONE

3. There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Signed: _____        Dated: 02/08/2023
Antonio Barnes
as President and designated Representative
of Tavern on LaGrange Corp