| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tavern on LaGrange Corp |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known): | 23-01687 |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/22/2023___
MM/ DD/ YYYY

X /s/ Antonio Barnes _____
Signature of individual signing on behalf of debtor

Antonio Barnes _____
Printed name

President and Designated Representative _____
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tavern on LaGrange Corp |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known): | 23-01687 |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.   Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.   Cash on hand** | | | _____ |
| **3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1  **Old National Bank** | **Checking account** | **9340** | **$853.82** |
| **4.   Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |
| **5.   Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$853.82** |

### Part 2:   Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.   Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| **None** | |

Debtor   **Tavern on LaGrange Corp**                                    Case number *(if known)*          **23-01687**
         Name

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$0.00**

---

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                                          **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:    _____ - _____ = ...... ➔    _____
                                  face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ - _____ = ...... ➔    _____
                                  face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                              **$0.00**

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                          **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                          % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

Debtor     __Tavern on LaGrange Corp__                          Case number *(if known)*  ___23-01687___
           Name

None

**17.  Total of Part 4**                                                                  $0.00
Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

---

**Part 5:**  Inventory, excluding agriculture assets

---

**18.  Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.  Raw materials**

None

**20.  Work in progress**

None

**21.  Finished goods, including goods held for resale**

None

**22.  Other inventory or supplies**

None

**23.  Total of Part 5**                                                                  $0.00
Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Tavern on LaGrange Corp**_____    Case number *(if known)*_____**23-01687**___
     Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

    **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

    **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

    **None**

**33.** **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                          _____**$0.00**

**34.** **Is the debtor a member of an agricultural cooperative?**

   ☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑ No

   ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

Debtor    __Tavern on LaGrange Corp_____    Case number *(if known)*    __23-01687__
     Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **None** | | | |
| **40.** **Office fixtures** | | | |
| **None** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **None** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                              __$0.00__

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **Tavern on LaGrange Corp**_____    Case number *(if known)* _____**23-01687**
      Name

      **None**

49. **Aircraft and accessories**

      **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

      **None**

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                                    $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑No
    ☐Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

## Part 9:  Real Property

54. **Does the debtor own or lease any real property?**
    ☑No. Go to Part 10.
    ☐Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

      **None**

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                    $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑No
    ☐Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

## Part 10:  Intangibles and Intellectual Property

Debtor    **Tavern on LaGrange Corp**_____    Case number *(if known)*_____**23-01687**_____

Name

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**None**

**61.** **Internet domain names and websites**

**None**

**62.** **Licenses, franchises, and royalties**

**None**

**63.** **Customer lists, mailing lists, or other compilations**

**None**

**64.** **Other intangibles, or intellectual property**

**None**

**65.** **Goodwill**

**None**

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                        **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

---

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 23-01687 |
|---|---|---|---|
| | Name | | |

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

**None**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 **Potential Cause of Action against Guadalupe Arce, James Arce and Guadalupe Arce Trust, related to the purchase and sale of Tavern on LaGrange Corp located at premises located at 5403 S. LaGrange Rd, Countryside, Illinois 60525, around February 2020**                              **(Unknown)**

Nature of Claim   **including but not limited to: contribution, misrepresentation, fraud, breach of contract, negligence, unfair and deceptive practices**

Amount Requested   **(Unknown)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 **Liquor License**                              **(Unknown)**

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                              **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  __**Tavern on LaGrange Corp**_____  Case number *(if known)* _____**23-01687**_____
       Name

---

**Part 12:**  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $853.82 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column...... 91a. | $853.82 | + 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ......................................................................................... | | $853.82 |

Fill in this information to identify the case:

Debtor name    Tavern on LaGrange Corp

United States Bankruptcy Court for the:    Northern    District of    Illinois
                                                                    (State)

Case number (if known):    23-01687

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** Creditor's name

AMUR Financial

**Creditor's mailing address**

304 W 3rd St

Grand Island, NE 68801-5941

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    5  7  0  2

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $38,394.56 | unknown |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $204,131.36

Debtor   Tavern on LaGrange Corp
_____
Name

Case number (if known)   23-01687

| Part 1: | Additional Page | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**  **Creditor's name**

Centra Funding LLC
_____

**Creditor's mailing address**

c/o Wright Law Group PLLC
_____
Po Box 105603 Pmb 84356
_____
Atlanta, GA 30348-5603
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account**   4  2  0  4
**number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____   $3,020.16   unknown
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Notice Purposes - Centra Leasing is believed to have an account with Tavern on LaGrange II - a separate entity.

Debtor    Tavern on LaGrange Corp _____    Case number (if known) _23-01687_

Name

## Part 1:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.3** **Creditor's name**

Centra Funding LLC

**Creditor's mailing address**

c/o Wright Law Group PLLC

Po Box 105603 Pmb 84356

Atlanta, GA 30348-5603

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** _1_ _7_ _2_ _5_
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $4,950.61        unknown

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Remarks:** Notice Purposes - Centra Leasing is believed to have an account with Tavern on LaGrange II - a separate entity.

Debtor    Tavern on LaGrange Corp
_____    Case number (if known) 23-01687
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

Fox Capital Group Inc

**Creditor's mailing address**

1920 E Hallandale Beach Blvd Ste 503

Hallandle Bch, FL 33009-4723

**Creditor's email address, if known**

**Date debt was incurred** 02/17/2021

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$53,676.20

unknown

**Remarks:** Cash Collateral Security Interest Claimed. U.C.C. Filing 2/17/2021 and Judgment Creditor. Interest rate is statutory interest on a judgment per New York law.

Debtor    Tavern on LaGrange Corp
　　　　　Name

Case number (if known)  23-01687

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

Kapitus Servicing, Inc.

**Creditor's mailing address**

as agent for Kapitus LLC

120 W 45th St Fl 4

New York, NY 10036-4041

**Creditor's email address, if known**

**Date debt was incurred**    12/14/2020

**Last 4 digits of account number**    5  6  4  5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$75,248.92          unknown

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Loan - Cash Collateral Security Interest Claimed.

| Debtor | Tavern on LaGrange Corp | Case number (if known) 23-01687 |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

<table>
<tr><td></td><td></td><td><em>Column A</em><br><strong>Amount of claim</strong><br>Do not deduct the value<br>of collateral.</td><td><em>Column B</em><br><strong>Value of collateral<br>that supports this<br>claim</strong></td></tr>
</table>

**2.6** Creditor's name

Swift Financial LLC

**Creditor's mailing address**

3505 Silverside Rd Ste 200

Wilmington, DE 19810-4905

**Creditor's email address, if known**

Date debt was incurred     06/28/2018

Last 4 digits of account     5  5  1  8
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

Amount of claim: **$28,840.91**

Value of collateral: **unknown**

**Remarks:** Loan taken under previous ownership in 2018 - Cash Collateral Security Interest Claimed.

---

Debtor   Tavern on LaGrange Corp _____   Case number (if known) _23-01687_

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| Kaminski Law PLLC<br>Attn Shanna M. Kaminski<br>Po Box 725220<br>Berkley, MI 48072-5220 | Line 2. _4_ | __ __ __ __ |
| Valentine Austriaco & Beuschel<br>105 W Adams St Fl 35<br>Chicago, IL 60603-6223 | Line 2. _5_ | __ __ __ __ |
| Swanson Martin Bell LLP<br>2525 Cabot Dr<br>Lisle, IL 60532-3609 | Line 2. _6_ | __ __ __ __ |
| Stahl, Jr. Esq., Charles S.<br>2525 Cabot Dr<br>Lisle, IL 60532-3609 | Line 2. _6_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tavern on LaGrange Corp |
| United States Bankruptcy Court for the: | |
| | Northern District of Illinois |
| Case number (if known): | 23-01687 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

Benjamin Legal Services

1016 W Jackson Blvd

Chicago, IL 60607-2914

**Date or dates debt was incurred**

08/30/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

Attorney Fee Award in Prior BK 11 of Debtor as Administrative Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $10,000.00　Priority amount: $10,000.00

**2.2** **Priority creditor's name and mailing address**

Illinois Department of Revenue

Bankruptcy

Po Box 19035

Springfield, IL 62794-9035

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account number** _5_ _6_ _4_ _5_

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $361,824.39　Priority amount: $323,405.21

**Remarks:**
Account Number (last 4 digits):5645
9/30/2021 - 12/31/2022 - Tax Penaties and Interest
for ROT/UT Tax

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **23-01687** |
|---|---|---|---|
| | Name | | |

---

## Part 1:  Additional Page

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operation**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$145,500.00          $145,500.00

---

**2.4** Priority creditor's name and mailing address

**Newpoint Advisors Corporation**

**Matthew Brash**

**5600 N River Rd Ste 800**

**Rosemont, IL 60018-5166**

Date or dates debt was incurred
**08/30/2022**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Sub V Trustee Fee Award in Prior BK
11 of Debtor**

Is the claim subject to offset?
☑ No
☐ Yes

$38,947.24          $38,618.50

---

**2.5** Priority creditor's name and mailing address

**The Law Office of William J. Factor, Ltd**

**105 W Madison St Ste 1500**

**Chicago, IL 60602-4602**

Date or dates debt was incurred
**08/30/2022**

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Attorney Fee Award in Prior BK 11 of
Debtor**

Is the claim subject to offset?
☑ No
☐ Yes

$23,423.06          $23,423.06

Remarks:
May be Secured by pre-petition lien in the amount of
$1707.63 on bank account

---

| Debtor | Tavern on LaGrange Corp | Case number (if known) | 23-01687 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**Ally Bank**

**c/o AIS Portfolio Services, LP**

**4515 N Santa Fe Ave Dept APS**

**Oklahoma City, OK 73118-7901**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$61,767.05

**3.2**

Nonpriority creditor's name and mailing address

**Capital One Bank (USA), N.A.**

**American Infosource LP, as agent**

**4515 N Santa Fe Ave**

**Oklahoma City, OK 73118-7901**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,686.23

**3.3**

Nonpriority creditor's name and mailing address

**Centra Funding LLC**

**c/o Wright Law Group PLLC**

**Po Box 105603 Pmb 84356**

**Atlanta, GA 30348-5603**

Date or dates debt was incurred

Last 4 digits of account number  3   4   1   9

Remarks:
Account Number (last 4 digits):3419
Notice Purposes - Centra Leasing is believed to have an account
with Tavern on LaGrange II - a separate entity.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$47,888.49

**3.4**

Nonpriority creditor's name and mailing address

**Centra Leasing**

**Attn Rebecca Foster in Collections**

**1400 Preston Rd Ste 115**

**Plano, TX 75093-5159**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Notice Purposes - Centra Leasing is believed to have an account
with Tavern on LaGrange II - a separate entity.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 23-01687 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**

Commonwealth Edison Company

Bankruptcy Department

1919 Swift Dr

Oak Brook, IL 60523-1502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Notice Purposes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.6 Nonpriority creditor's name and mailing address**

Ferrellgas LP

1 Liberty Plz Md 40

Liberty, MO 64068-2970

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Goods Sold

**Is the claim subject to offset?**
☑ No
☐ Yes

$787.83

---

**3.7 Nonpriority creditor's name and mailing address**

Guadalupe Arce

11027 W 153rd St

Orland Park, IL 60467

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Notice Purposes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.8 Nonpriority creditor's name and mailing address**

Illinois Liquor Control Commission

50 W Washington St Rm 209

Chicago, IL 60602-1464

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Notice Purposes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **23-01687** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | _____unknown_____
| IOU Financial | *Check all that apply.* |
| | ☐ Contingent |
| 600 Townpark Ln Nw Ste 100 | ☐ Unliquidated |
| | ☐ Disputed |
| Kennesaw, GA 30144-3736 | **Basis for the claim:** _____ |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |
| Remarks: Notice Purposes |

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | _____unknown_____
| NARAI Ventures LLC | *Check all that apply.* |
| | ☐ Contingent |
| C/O Yana Chechelnitsky, Esq. | ☐ Unliquidated |
| | ☐ Disputed |
| 6143 186th St Ste 450 | **Basis for the claim:** Former Merchant Loan |
| Fresh Meadows, NY 11365-2710 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred _____ | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |
| Remarks:
Principal believed paid back and interest may still be due
Notice Purposes |

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | _____unknown_____
| Satum Encore Funding | *Check all that apply.* |
| | ☐ Contingent |
| 525 Washington Blvd Jersey Blvd | ☐ Unliquidated |
| | ☐ Disputed |
| Jersey City, NJ 07310-1606 | **Basis for the claim:** Loan |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |
| Remarks: Notice Purposes |

---

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **23-01687** |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Illinois Department of Revenue** <br> **Bureau of Criminal Investigations** <br> **9511 W Harrison** <br> **Des Plaines, IL 60016** | Line **2.2** <br> ☐ Not listed. Explain _____ <br> _____ | **1** - **1** **2** |
| 4.2 **Illinois Department of Revenue** <br> **Attn Christopher Moore Special Agent** <br> **9511 W. Harrison** <br> **Des Plaines, IL 60016** | Line **2.2** <br> ☐ Not listed. Explain _____ <br> _____ | **1** - **1** **2** |
| 4.3 **Office of the Attorney General** <br> **Attn Alesia Crocket Special Investigator** <br> **100 W Randolph St** <br> **Chicago, IL 60601-3218** | Line **2.2** <br> ☐ Not listed. Explain _____ <br> _____ | __ - __ __ |

Debtor    **Tavern on LaGrange Corp**                                   Case number *(if known)*        **23-01687**
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$579,694.69** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$120,129.60** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$699,824.29** |

Fill in this information to identify the case:

Debtor name _____ Tavern on LaGrange Corp _____

United States Bankruptcy Court for the:

_____ Northern District of Illinois _____

Case number (if known): _____ 23-01687 _____ Chapter ___ 11 ___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | 1-7-2023 Purchase Agreement of Commercial Property subsequently assigned to Unique Properties Holdings LLC around 1-14-2023 <br><br> Contract to be ASSIGNED | Guadalupe Arce <br> 11027 W 153rd St <br> Orland Park, IL 60467 |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Tavern on LaGrange Corp**__

United States Bankruptcy Court for the: __**Northern**__ District of __**Illinois**__
(State)

Case number (If known): __**23-01687**__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

| Debtor | **Tavern on LaGrange Corp** | Case number (if known) | **23-01687** |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |