Fill in this information to identify the case:

Debtor name __Tavern on LaGrange Corp__

United States Bankruptcy Court for the:
__Northern District of Illinois__

Case number (if known): __23-01687__

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022 | ☑ Operating a business<br>☐ Other _____ | $3,653,029.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021 | ☑ Operating a business<br>☐ Other _____ | $4,277,802.54 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date | | |
| **For prior year:** From 01/01/2022 to 12/31/2022 | | |
| **For the year before that:** From 01/01/2021 to 12/31/2021 | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Illinois Department of Revenue<br>Creditor's name<br>Po Box 19035<br>Street<br><br>Springfield, IL 62794-9035<br>City    State    ZIP Code | 02/06/2023 | $222,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Payments of around $20K per month for about 4 months and also $140K payment in Feb 2022 - paid on behalf of Debtor towards Tax Other Debt owed IDOR |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br>Creditor's name<br>Street<br><br>City    State    ZIP Code<br>**Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor  Tavern on LaGrange Corp  Case number *(if known)* 23-01687
        Name

5.1.
Creditor's name

Street

City          State     ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.
Creditor's name                           XXXX– __ __ __ __

Street

City          State     ZIP Code

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.1. | NARAI Ventures v. Tavern on LaGrange Corp, et al. | Breach of Contract | Supreme Court of the State of New York | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number** | | Street<br><br>City   State   ZIP Code | |
| 7.2. | Fox Capital Group, Inc., v. Tavern on LaGrange Corp, et al | Breach of Contract and Unjust Enrichment | Supreme Court of the State of New York | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number** | | Street<br><br>City   State   ZIP Code | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **3**

| 7.3. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Guadalupe Arce v. Tavern on LaGrange II LLC, Tiffany Perkins, Tavern on LaGrange Corp., Pinnacle Asset Management LLC | Suit for Possession of the premises located at 5403 S. LaGrange Rd, Countryside, Illinois 60525 and 3rd Party Complaint and Counterclaims against Guadalupe Arce, James Arce and Guadalupe Arce Trust for Promissory Estoppel, Specific Performance, Constructive Trust and Fraud in the Inducement | Circuit Court of Cook County Fifth District — Name<br><br>10220 S 76th Ave — Street<br><br>Bridgeview, IL 60455-2438<br>City / State / ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>2020 M5 004317 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|
| | Custodian's name<br><br>Street<br><br>City / State / ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | **Court name and address**<br>Name<br><br>Street<br><br>City / State / ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|
| | Recipient's name<br><br>Street<br><br>City / State / ZIP Code<br><br>**Recipient's relationship to debtor** | | | |

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

Debtor  Tavern on LaGrange Corp  Case number *(if known)* 23-01687
Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

11.1. **Who was paid or who received the transfer?**

Benjamin Legal Services

**Address**

1016 W Jackson Blvd
Street

Chicago, IL 60607-2914
City          State     ZIP Code

**Email or website address**

attorneys@benjaminlaw.com

**Who made the payment, if not debtor?**

Antonio Barnes

**If not money, describe any property transferred**

Chapter 11 Filing Fee

**Dates**  02/08/2023

**Total amount or value**  $1,738.00

11.2. **Who was paid or who received the transfer?**

Benjamin Legal Services

**Address**

1016 W Jackson Blvd
Street

Chicago, IL 60607-2914
City          State     ZIP Code

**Email or website address**

attorneys@benjaminlaw.com

**Who made the payment, if not debtor?**

Debtor

**If not money, describe any property transferred**

Retainer (was NSF) paid on Prior Chapter 11 Case No. 22-04773

**Dates**  04/09/2022

**Total amount or value**  $10,000.00

Debtor __Tavern on LaGrange Corp_____    Case number *(if known)* __23-01687__
        Name

| 11.3. | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| | Benjamin Legal Services | Paid towards Prior Ch. 11 Admin Court Order Claim from Case No: 22-04773 | 02/08/2023 | $15,020.00 |
| | **Address** | | | |
| | 1016 W Jackson Blvd<br>Street | | | |
| | Chicago, IL 60607-2914<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | attorneys@benjaminlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Greg Perkins | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | Unique Properties Holdings, LLC (An Illinois LLC) | Sale of Commercial Property at 5403 S. LaGrange Rd. Countryside, Illinois 60525 - Debtor Assigned Contract to Purchase (2.7 million price) with closing anticipated for 3/15/2023. Debtor would then get a lease on portion of premises to run its rebranded event planning and catering business at this location plus 3 other locations and may receive $15,000 per month for 2 months (the $30K is not paid yet) while it gets started in booking future events. | 01/14/2023 | $30,000.00 |
| | **Address** | | | |
| | 101 Burr Ridge Pkwy Ste 206<br>Street | | | |
| | Burr Ridge, IL 60527-0846<br>City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **6**

Debtor   Tavern on LaGrange Corp                                              Case number *(if known)*  23-01687
　　　　 Name

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street _____ City  State  ZIP Code | From _____ To _____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City  State  ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____
　　　　Does the debtor have a privacy policy about that information?
　　　　☐ No
　　　　☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Official Form 207　　　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**　　　　page **7**

❏ Yes. Does the debtor serve as plan administrator?
  ❏ No. Go to Part 10.
  ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
❏ No
❏ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Inland Bank<br>2805 Butterfield Rd<br>Oak Brook, IL 60523 | XXXX– 1 5 3 4 | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other | Sept 2022<br>(Last Balance as of 7/29/2022) | ($7.50) |
| 18.2 | Inland Bank<br>2805 Butterfield Rd<br>Oak Brook, IL 60523 | XXXX– 1 5 4 2 | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other | Sept 2022<br>(Last Balance as of 7/29/2022) | $2,134.77 |
| 18.3 | Inland Bank<br>2805 Butterfield Rd<br>Oak Brook, IL 60523 | XXXX– 1 5 3 8 | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other | Sept 2022<br>(Last Balance as of 7/29/2022) | $5,742.96 |
| 18.4 | Inland Bank<br>2805 Butterfield Rd<br>Oak Brook, IL 60523 | XXXX– 1 5 4 0 | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other | Sept 2022<br>(Last Balance as of 7/29/2022) | $72.00 |

Debtor  Tavern on LaGrange Corp  
Name

Case number *(if known)* 23-01687

| | | | | |
|---|---|---|---|---|
| 18.5 | Inland Bank<br>Name<br>2805 Butterfield Rd<br>Street<br><br>Oak Brook, IL 60523<br>City    State    ZIP Code | XXXX– 1 5 3 6 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | Sept 2022<br>(Last Balance as of 7/29/2022) | ($28,556.20) |
| 18.6 | East West Bank<br>Name<br>9300 Fair Drive 1st Floor<br>Street<br><br>El Monte, CA 91731<br>City    State    ZIP Code | XXXX– 0 1 4 0 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other BK Est/Tavern on LaGrange Corp Debtor - Matthew D. Brash Sub V Trustee 0140 - Case #22-04773 | Sept 2022<br>(Last Balance as of 7/31/2022) | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | Name<br>Street<br>City    State    ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|
| | Name<br>Street<br>City    State    ZIP Code | Address | | ☐ No<br>☐ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City  State  ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | Name<br>Street<br>City  State  ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

Debtor  Tavern on LaGrange Corp                                   Case number *(if known)* 23-01687
        Name

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| **Business name and address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| Street | | **Dates business existed** |
| City  State  ZIP Code | | From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|
| 26a.1. Stephen Siu Name | From 2/2020   To Current |
| 260 Madison Ave Ste 1001 Street | |
| New York, NY 10016-2400 City  State  ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|
| 26b.1. Newpoint Advisors Corporation Name | From May 2022   To Sept 2022 |
| 5600 N River Rd Ste 800 Street | |
| Matthew Brash | |
| Rosemont, IL 60018-5166 City  State  ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **11**

| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.1.

Newpoint Advisors Corporation
Name

5600 N River Rd Ste 800
Street

Matthew Brash

Rosemont, IL 60018-5166
City                State          ZIP Code

Matthew Brash soley as Sub V Trustee for the Debtor and Trustee in Possession in Debtors prior chapter 11 filing

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.

Name

Street

City                State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**Name and address of the person who has possession of inventory records**

27.1.

Name

Street

City                State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Antonio Barnes | 13723 Legend Trail Ln Orland Park, IL 60462-1100 | President, Shareholder and Officer | 50.00% |
| Keith Johnson | 2254 W. 81St Street Chicago, IL 60620 | Secretary, Shareholder and Officer | 50.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **12**

Debtor  Tavern on LaGrange Corp                         Case number *(if known)*  23-01687
        Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Greg Perkins | 110 Forest Edge Dr Palos Park, IL 60464-1948 | Manager, none | From April 2022<br>To Sept 2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Antonio Barnes<br>13723 Legend Trail Ln<br>Orland Park, IL 60462-1100 | $15,416.67 | April 2022 | Employed by Debtor |

**Relationship to debtor**

currently President

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Tiffany Perkins<br>110 Forest Edge Dr<br>Palos Park, IL 60464 | $15,416.67 | April 2022 | Employed - Management |

**Relationship to debtor**

Former part owner

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

Debtor  Tavern on LaGrange Corp                                  Case number *(if known)*  23-01687
        Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     02/22/2023
             MM/ DD/ YYYY

X  /s/ Antonio Barnes                          Printed name         Antonio Barnes
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  President and Designated Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Official Form 207             **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**             page **14**