# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-01687 |
| | ) | |
| TAVERN ON LAGRANGE CORP. | ) | Chapter 11 |
| | ) | |
| | ) | Hearing Date: April 10, 2023, at 10:00 a.m. |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:   See Attached Service List

Please take notice that on April 10, 2023, at 10:00 a.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, in Courtroom No. 642 in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois 60604, or via Zoom, or before any other Judge in Bankruptcy who may be presiding in his place and stead and shall then and there present the attached Motion to Modify Stay – In Rem – to request a future hearing date to be scheduled.

You may appear electronically by video or by telephone.

To appear by video, use this link:   https://www.zoomgov.com/.   Then enter the meeting ID and passcode.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

Meeting ID and passcode.  The meeting ID for this hearing is 161 500 0972 and the passcode is 726993.  The meeting ID and passcode can also be found on the judge's page on the court's website.

_____
Russell R. Custer, Jr.

Russell R. Custer, Jr.
Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL  60523
(630) 571-1900
ARDC #0565369
rcuster@lilliglaw.com

## CERTIFICATE OF SERVICE

I, Russell R. Custer, Jr., an attorney, certify that I served the above and foregoing notice on those parties receiving notification by participation in the Court's CM/ECF system and on the above-named parties by email and by placing a true and correct copy of the Notice of Motion and the Motion to Modify Automatic Stay in the U.S. Mail, postage prepaid, on April __4__, 2023, before the hour of 5:00 p.m., at 1900 Spring Road, Oak Brook, Illinois

_____
Russell R. Custer, Jr.

SUBSCRIBED AND SWORN TO before
me this __4th__ day of __April_____, 2023.

_____
NOTARY PUBLIC

OFFICIAL SEAL
SARAH M CAIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/29/24

Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL  60523
(630) 571-1900
ARDC #0565369

## **SERVICE LIST**:
In Re: Tavern on LaGrange Corp.
Bankruptcy Case No. 23-01687

REGISTRANTS SERVED VIA COURT ECF:

The following is a list of <u>parties</u> who are currently on the list to receive email notice/service for this case.

- J Kevin Benjamin         attorneys@benjaminlaw.com, firmecf@gmail.com, BenjaminLegalServices@jubileebk.net
- Patrick S. Layng         USTPRegion11.ES.ECF@usdoj.gov
- Jeffrey K. Paulsen       jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com, jpaulsen@ecf.inforuptcy.com
- Charles S. Stahl         cstahl@smbtrials.com
- Neema T. Varghese        nvarghese@nvconsultingservices.com
- Jeffrey L. Gansberg      Jeffrey.L.Gansberg@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-01687 |
| | ) | |
| TAVERN ON LAGRANGE CORP. | ) | Chapter 11 |
| | ) | |
| | ) | Hearing Date: April 10, 2023, at 10:00 a.m. |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |

## MOTION TO MODIFY AUTOMATIC STAY

Now comes GUADALUPE ARCE, (hereinafter "Arce"), by and through her attorneys Lillig & Thorsness, Ltd., and moves this Court for a modification of the automatic stay pursuant to 11 U.S.C. §362 of the United States Federal Bankruptcy Code (hereinafter "Code"), and in support thereof states as follows:

### JURISDICTION

1. The bankruptcy court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and 11 U.S.C. §362.

### PRELIMINARY

2. Arce is an individual, a creditor of Debtor and the record of owner of 5403 S. LaGrange Road, Countryside, Illinois ("Property").

3. Tavern on LaGrange Corp. (herein "Tavern") is one of the purported occupants of the Property being operated as a bar and restaurant.

4. The Property is improved with a one story commercial building built in and around 2010.

5. On October 7, 2020, Arce filed a joint action for possession and damages against Tavern and other defendants in the Circuit Court of Cook County, Case No. 2020M5-004317 ("Eviction Case").

6. After several years of litigation and delays resulting from the COVID pandemic, Arce, Debtor and the other defendants, entered into an Agreed Settlement Order in the Eviction Case on January 10, 2023. See Exhibit "1" attached hereto ("Agreed Settlement Order").

7. The Agreed Settlement Order provides, in pertinent part, that Defendants represented on January 10, 2023, that no other third parties are in possession of the Property, no other third parties will be given possession of the Property after entry of the Agreed Settlement Order and that Defendants must close on the purchase of the Property by April 1, 2023, or move out by April 3, 2023, or the court will enter Final Judgment.

8. Defendants have neither closed on the purchase of the Property by April 1, 2023, nor moved out by April 3, 2023, therefore, Arce is seeking an order of eviction and money judgment against Debtor and the other defendants in the Eviction Case. See Exhibit "2" attached hereto.

9. Debtor's bankruptcy plan is predicated on the sale and purchase of the Property by April 1, 2023, or Debtor will be out of business because it must then vacate the Property and will not be able to fund the plan to pay creditors.

10. Debtor and the other defendants have also failed to pay the $15,000.00 monthly amount due for March and April, 2023, for its use and occupancy of the Property. See Exhibit "3" attached hereto.

11. Debtor has no ownership or leasehold interest in the Property and, pursuant to the pre-petition Agreed Settlement Order, agreed to vacate the Property by April 3, 2023, if it was not sold and conveyed by Arce.

12. Attached hereto as Exhibit "4" is the Required Statement to Accompany a Motion for Relief for Stay for the Property.

WHEREFORE, Arce moves this Court for entry of an Order:

(a) Modifying the Automatic Stay *In Rem* to permit Arce to take any and all action permitted by law to enforce her rights as against Tavern and the Property;

(b) Any such other relief as this Court deems just.

Date: ____4/4____, 2023

GUADALUPE ARCE, by and through her attorneys, Lillig & Thorsness, Ltd.

By: _____
One of Its Attorneys

Russell R. Custer, Jr., Esq.
Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL 60523
(630) 571-1900
ARDC #0565369

3