**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-01687 |
| | ) | |
| TAVERN ON LAGRANGE CORP. | ) | Chapter 11 |
| | ) | |
| | ) | Hearing Date: April 10, 2023, at 10:00 a.m. |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |

# EXHIBITS

# EXHIBIT "1"

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | AGREED SETTLEMENT ORDER WITH STATUS DATE (DEFENDANTS WILL MOVE) | For Court Use Only |
|---|---|---|

Cook _____ COUNTY

**Instructions ▾**

Directly above, enter the name of the county where the case was filed.

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*.

Plaintiff (For example, the landlord or owner):

GUADALUPE ARCE

v..

Defendants (For example, the tenants or occupants):
TAVERN ON LAGRANGE II, LLC, TIFFANY PERKINS,
TAVERN ON LAGRANGE CORP., and
PINNACLE ASSET MANAGEMENT, LLC

☑ **Unknown Occupants** (Check the box for Unknown Occupants if it was checked on the Eviction Complaint)

2020 M5-04317
**Case Number**

Re: 5403 S. LaGrange Road
Countryside, IL 60525
("Property")

| Notice to Defendants: | All residential eviction actions filed between March 9, 2020, and March 31, 2022 must be sealed. If the file has not been sealed, alert the judge. |
|---|---|

In 1, check the reason for your court date today.

1. This case was in court for (check all that apply):
   ☐ Trial    ☐ Hearing on Motion    ☐ Status    ☑ Other: Pre-Trial/Trial

In 2, check who went to your court date.

2. People in Court (check all that apply):    ☑ Plaintiff    ☑ Plaintiff's lawyer
   ☑ Defendants: _____

   ☑ Defendants' lawyer    ☐ Other: _____

In 3, list the date and time the parties agree on for Defendants to move out.
Then check all the boxes that apply to your agreement.

3. Defendants must move out by 04/03/2023 at 10:00 ☑ a.m. ☐ p.m.
   _____ Date _____ Time

   Defendants must also (check all that apply):
   ☑ return the keys to Plaintiff on 04/03/2023 at 10:00 ☑ a.m. ☐ p.m.
   _____ Date _____ Time

   ☑ notify Plaintiff that they have moved out by phone or text at: (630) 571-1900
   or by email at: rcuster@lililglaw.com

Fill out 4 only if the parties agree Defendants will pay money in addition to moving. Otherwise, leave blank.

In 4, enter the total amount the parties agree is owed (if any). Check 4a or 4b to show how the money will be paid back. Include any other agreed terms like method of payment, the address where payment will be sent, etc. in Section 9.

4. Defendants will pay Plaintiff the agreed amount of $ 125,000.00 for all past due use and occupancy for the period of time from 3/1/2020 to 6/30/21, pursuant to a sales ~~rent, assessments, court costs, and other amounts due under the lease / condo declaration~~ ~~through the move-out date.~~ Defendants will make payments according to the schedule below (check a or b):

   ☐ a. $ _____ ☐ monthly ☐ every two weeks ☐ every week
      beginning on _____ and continuing until paid in full on _____
      _____ Date _____ Date

   ☑ b. The total amount on or before: 05/01/2023 Unless Defendants close on their proposed purchase
      _____ Date of the Property by April 3, 2023, pursuant to a sales
      contract signed simultaneously herewith, at which time the
      agreed amount due  Plaintiff shall be deemed satisfied.

5. This case is continued to 04/12/2023 at 9:00 ☑ a.m. ☐ p.m.
   _____ Date _____ Time

   in courtroom 103 to see whether Defendants have moved out of the property
   and paid the amount listed in 4 (if any). VIA ZOOM MEETING ID # 912 9616 3279
   PASSWORD # 657118

E-DM 3604.2

(08/21)


EXHIBIT
1

Enter the Case Number given by the Circuit Clerk: 2020 M5-04317

| | |
|---|---|
| In 6 and 7, "with prejudice" means the claim is forever dismissed. | **6.** If Defendants have moved out and paid any amount owed as stated in Section 4 of this *Agreed Order,* this case will be dismissed with prejudice and Plaintiff may re-enter the property. Any of Defendant's personal property left behind after the move-out date will become the property of Plaintiff. |
| In 7, this paragraph will not apply if no money is listed in 4. Include only those Defendants who have agreed to this *Agreed Order.* | **7.** If Defendants have moved out but Plaintiff proves that Defendants have not paid the full amount listed in Section 4, the claim for possession will be dismissed with prejudice. A *Judgment for Money Only in Eviction Case* will be entered against the following Defendants for what is still owed: Tavern on LaGrange II, Tiffany Perkins, Tavern on LaGrange Corp. and Pinnacle Asset Management, LLC. Any money paid between now and the next court date will be subtracted from the full amount listed above in Section 4, excluding Use & Occupancy payments and possible forfeiture of $20,000.00 earnest money deposit. |
| In 8, check all that apply. In 8a, if you checked the second box, write in the number of days you agree on. | **8.** If Plaintiff proves that Defendants violated the terms of this *Agreed Order,* the court will enter or have not closed on the Property purchase by April 1, 2023: ☑ a. an *Eviction Order (if Defendants are still in the property).* The Order can be enforced *on April 12, 2023* (choose one): ☑ immediately *(meaning the sheriff can evict Defendants right away when the Eviction Order is entered),* OR ☐ only after _____ days *(meaning the sheriff must wait that number of days Number after the Eviction Order is entered to evict Defendants).* |
| The amount in 8b does not have to be the same as what is in Section 4. | ☑ b. a money judgment against Defendants for the agreed amount of $ 125,000.00 minus any payments made. (excluding Use & Occupancy payments and any Earnest Money forfeiture.) |
| Complete 9 only if applicable. In cases that have not yet been sealed, the parties may agree to seal the court file in a residential eviction action under: (735 ILCS 5/9—121.5) The parties' right to seal by agreement expires on August, 1, 2022. | **9.** Other agreed terms *(if applicable):* Defendants will continue to pay $15,000 per month. Use & Occupancy to Plaintiff from the date of entry of this order until Defendants have either closed on the purchase of the Property or have moved out of the Property. The court shall retain jurisdiction of this case to enforce collection of all amounts due from Defendants for Use & Occupancy. Defendants represent no third parties are in possession of the Property and no third parties will be given possession after the entry of this order. Defendant's further represent that everything at the Property is in good working order and will remain so upon move-out. ☑ The parties agree to seal the court file. The clerk shall place the file under seal upon entry of this order: *(Note: In some counties, the court may enter a separate sealing order.)* |
| All parties (or their lawyer) who agree to this *Agreed Order* should sign it. | Signed and agreed to: 1-7-23 |
| On the left, enter the name and contact information of the person completing this *Agreed Order.* DO NOT complete the section on the right for Date and Judge. | George F. LaForte, Jr., Esq. Bishop & LaForte 1S450 Summit Avenue Oakbrook Terrace, Illinois 60181 630-916-0123; glafortejr@bishoplaforte.com Atty #47918 |

Defendants' (or lawyer)
Defendant (or lawyer)
Defendant (or lawyer)
Defendant (or lawyer)

Name: Lillig & Thorsness, Ltd., R. Custer
Address: 1900 Spring Rd., Ste. 200, Oak Brook, IL 60523
Telephone #: (630) 571-1900
Email: rcuster@lilliglaw.com
Attorney # *(if any):* 11196

To strike 11:41 on Jan 11.23
ENTERED:

Judge Linzey Jones-2050
Date

**ENTERED**
Judge Linzey Jones-2050
JAN 10 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**Exhibit "1"**

Calculation of Use & Occupancy
for 5403 Lagrange Road, Countryside, Illinois
From March 1, 2020 to June 30, 2021

| | |
|---|---|
| March, 2020 | $0.00 |
| April, 2020 | $2,500.00 |
| May, 2020 | $2,500.00 |
| June, 2020 | $5,000.00 |
| July, 2020 | $5,000.00 |
| August, 2020 | $5,000.00 |
| September, 2020 | $7,500.00 |
| October, 2020 | $7,500.00 |
| November, 2020 | $7,500.00 |
| December, 2020 | $10,000.00 |
| January, 2021 | $10,000.00 |
| February, 2021 | $10,000.00 |
| March, 2021 | $12,500.00 |
| April, 2021 | $12,500.00 |
| May, 2021 | $12,500.00 |
| June, 2021 | $15,000.00 |
| TOTAL | $125,000.00 |

# EXHIBIT "2"

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0203
System Generated Hearing Date: 4/12/2023 9:00 AM
Location: Court Room 0203
Judge: Carmody, Matthew J.

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
FIFTH DISTRICT/MUNICIPAL DEPARTMENT

FILED
4/4/2023 11:14 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020M5004317
22143938

FILED DATE: 4/4/2023 11:14 AM   2020M5004317

GUADALUPE ARCE,

      Plaintiff,

      vs.

TAVERN ON LAGRANGE II, LLC an Illinois
Limited Liability Company; TIFFANY PERKINS;
TAVERN ON LAGRANGE CORP., an Illinois
Corporation; PINNACLE ASSET
MANAGEMENT, LLC, an Illinois Limited
Liability Company, UNKNOWN OCCUPANTS,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2020 M5-004317
      Courtroom, 0203

Re:    5403 S. LaGrange Road
      Countryside, IL  60525
      ("Property")

## MOTION FOR ENTRY OF EVICTION ORDER AND MONEY JUDGMENT

    NOW COMES the Plaintiff, GUADALUPE ARCE ("Plaintiff" or "Arce"), by and through her attorneys, Lillig & Thorsness, Ltd., and moves this court for entry of an eviction order for immediate enforcement and a $125,000.00 money judgment ("Final Judgment") against TAVERN ON LAGRANGE II, LLC, an Illinois limited liability company, TIFFANY PERKINS, TAVERN ON LAGRANGE CORP., an Illinois corporation, PINNACLE ASSET MANAGEMENT, LLC, an Illinois limited liability company and UNKNOWN OCCUPANTS[1], (collectively "Defendants"), and, in support thereof, states as follows:

    1.    On January 10, 2023, this court entered an Agreed Settlement Order With Status Date (Defendants will move).  See Exhibit "1" ("Agreed Settlement Order").

    2.    The Agreed Settlement Orde provides, in pertinent part, that Defendants represented on January 10, 2023, that no other third parties are in possession of the Property, no other third parties will be given possession of the Property after entry of the Agreed Settlement Order and that Defendants must close on the purchase of the Property by April 1, 2023, or move out by April 3, 2023, or the court will enter Final Judgment.

    3.    Defendants have neither closed on the purchase of the Property by April 1, 2023, nor moved out by April 3, 2023.  See Plaintiff's Affidavit attached hereto as Exhibit "2".

---

[1] Unknown Occupants were defaulted herein by Judge Matthew J. Carmody on November 16, 2022.

**EXHIBIT
2**

4.      Attached hereto as Exhibit "3" is a copy of the Final Judgment for entry by this court pursuant to the Agreed Settlement Order.

5.      Defendants have had more than adequate time to either close on the purchase of the Property or to move out in conjunction with the Agreed Settlement Order.

WHEREFORE, Plaintiff prays that the court enter the Final Judgment and for such other relief as this court deems just and equitable.

FILED DATE: 4/4/2023 11:14 AM   2020S004317

Respectfully submitted,

Date:_____4/4_____, 2023

Russell R. Custer, Jr., Esq.
Adrian Mendoza, Esq.
Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, Illinois 60523
630.571.1900
Attorney No. 11196
rcuster@lilliglaw.com/amendoza@lilliglaw.com

GUADALUPE ARCE, by and through her attorneys, Lillig & Thorsness, Ltd.

By: _____
        One of her Attorneys

2

FILED DATE: 4/4/2023 11:14 AM  2020S004317

EXHIBIT "1"

FILED DATE: 4/4/2023 11:14 AM    2020S004317

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | AGREED SETTLEMENT ORDER WITH STATUS DATE (DEFENDANTS WILL MOVE) | For Court Use Only |
|---|---|---|

Cook _____ COUNTY

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

**Plaintiff** *(For example, the landlord or owner):*
GUADALUPE ARCE

Enter the full names of Plaintiffs, Defendants, and the case number as listed on the *Eviction Complaint.*

v.

**Defendants** *(For example, the tenants or occupants):*
TAVERN ON LAGRANGE II, LLC, TIFFANY PERKINS,
TAVERN ON LAGRANGE CORP., and
PINNACLE ASSET MANAGEMENT, LLC

☑ **Unknown Occupants** *(Check the box for Unknown Occupants if it was checked on the Eviction Complaint)*

2020 M5-04317
**Case Number**

Re: 5403 S. LaGrange Road
Countryside, IL 60525
("Property")

| Notice to Defendants: | All residential eviction actions filed between March 9, 2020, and March 31, 2022 must be sealed. If the file has not been sealed, alert the judge. |
|---|---|

In 1, check the reason for your court date today.

1. This case was in court for *(check all that apply):*
   ☐ Trial   ☐ Hearing on Motion   ☐ Status   ☑ Other: Pre-Trial/Trial

In 2, check who went to your court date.

2. People in Court *(check all that apply):*   ☑ Plaintiff   ☑ Plaintiff's lawyer
   ☑ Defendants:
   ☑ Defendants' lawyer   ☐ Other:

In 3, list the date and time the parties agree on for Defendants to move out.

Then check all the boxes that apply to your agreement.

3. Defendants must move out by   04/03/2023   at   10:00   ☑ a.m. ☐ p.m.
   _____Date_____Time
   Defendants must also *(check all that apply):*
   ☑ return the keys to Plaintiff on   04/03/2023   at   10:00   ☑ a.m. ☐ p.m.
   _____Date_____Time
   ☑ notify Plaintiff that they have moved out by phone or text at:   (630) 571-1900
   or by email at   rfoster@lilliglaw.com

Fill out 4 only if the parties agree Defendants will pay money in addition to moving. Otherwise, leave blank.

In 4, enter the total amount the parties agree is owed (if any). Check 4a or 4b to show how the money will be paid back.

Include any other agreed terms like method of payment, the address where payment will be sent, etc. in Section 9.

4. Defendants will pay Plaintiff the agreed amount of   $ 125,000.00   for all past due use and occupancy for the period of time from 3/1/2020 to 6/30/21. See Exhibit "1" attached. rent, assessments, court costs, and other amounts due under the lease / condo declaration through the move-out date. Defendants will make payments according to the schedule below *(check a or b):*
   ☐ a.   $_____   ☐ monthly   ☐ every two weeks   ☐ every week
   beginning on _____ and continuing until paid in full on _____
   _____Date_____Date
   ☑ b.   The total amount on or before:   05/01/2023 Unless Defendants close on their proposed purchase
   _____Date_of the Property by April 3, 2023, pursuant to a sales contract signed simultaneously herewith, at which time the agreed amount due  Plaintiff shall be deemed satisfied.

5. This case is continued to   04/12/2023   at   9:00   ☑ a.m. ☐ p.m.
   _____Date_____Time
   in courtroom   103   to see whether Defendants have moved out of the property
   and paid the amount listed in 4 (if any). VIA ZOOM MEETING ID #912 9616 3279
   PASSWORD # 657118

E-DM 3604.2

(08/21)

FILED DATE: 4/4/2023 11:14 AM   2020500431?

Enter the Case Number given by the Circuit Clerk: 2020-M5-04317

| In 6 and 7, "with prejudice" means the claim is forever dismissed. |
| --- |

6. If Defendants have moved out and paid any amount owed as stated in Section 4 of this *Agreed Order*, this case will be dismissed with prejudice and Plaintiff may re-enter the property. Any of Defendant's personal property left behind after the move-out date will become the property of Plaintiff.

| In 7, this paragraph will not apply if no money is listed in 4. Include only those Defendants who have agreed to this *Agreed Order*. |
| --- |

7. If Defendants have moved out but Plaintiff proves that Defendants have not paid the full amount listed in Section 4, the claim for possession will be dismissed with prejudice. A *Judgment for Money Only in Eviction Case* will be entered against the following Defendants for what is still owed: Tavern on LaGrange II; Tiffany Perkins, Tavern on LaGrange Corp. and Pinnacle Asset Management, LLC.

Any money paid between now and the next court date will be subtracted from the full amount listed above in Section 4, excluding Use & Occupancy payments and possible forfeiture of: $20,000.00 earnest money deposit ____, or have not closed on the Property _____ or purchase by April 1, 2023;

| In 8, check all that apply. |
| --- |
| In 8a, if you checked the second box, write in the number of days you agree on. |

8. If Plaintiff proves that Defendants violated the terms of this *Agreed Order*, the court will enter: ____ on April 12,

☑ a.   an *Eviction Order* (if Defendants are still in the property). The Order can be enforced _2023_ (choose one):

☑   immediately *(meaning the sheriff can evict Defendants right away when the Eviction Order is entered)*, OR

☐   only after _____ days *(meaning the sheriff must wait that number of days*
                Number            *after the Eviction Order is entered to evict Defendants).*

| The amount in 8b does not have to be the same as what is in Section 4. |
| --- |

☑ b.   a money judgment against Defendants for the agreed amount of __$ 125,000.00__ minus any payments made. (excluding Use & Occupancy payments and any Earnest Money forfeiture.)

| Complete 9 only if applicable. In cases that have not yet been sealed, the parties may agree to seal the court file in a residential eviction action under: (735 ILCS 5/9—121.5) The parties' right to seal by agreement expires on August, 1, 2022. |
| --- |

9. Other agreed terms (if applicable): Defendants will continue to pay $15,000 per month. Uses & Occupancy to Plaintiff from the date of entry of this order until Defendants have either closed on the purchase of the Property or have moved out of the Property. The court shall retain jurisdiction of this case to enforce collection of all amounts due from Defendants for Use & Occupancy. Defendants represent no third parties are in possession of the Property and no third parties will be given possession after the entry of this order. Defendants further represent that everything at the Property is in good working order and will remain so upon move-out.

☑   The parties agree to seal the court file. The clerk shall place the file under seal upon

| All parties (or their lawyer) who agree to this *Agreed Order* should sign it. |
| --- |

entry of this order. *(Note: In some counties, the court may enter a separate sealing order.)*

Signed and agreed to: *Defendants*

*Plaintiff (or lawyer)*                                        *Defendant (or lawyer) / Plaintiffs*  1-7-23

George F. LaForte, Jr., Esq.                         *Defendant (or lawyer)*
Bishop & LaForte
1S450 Summit Avenue
Oakbrook Terrace, Illinois  60181                  *Defendant (or lawyer)*
630-916-0123; glafortejr@bishoplaforte.com
Atty #47918

| On the left, enter the name and contact information of the person completing this *Agreed Order*. DO NOT complete the section on the right for Date and Judge. |
| --- |

Name:  Lillig & Thorsness, Ltd., R. Custer             *Defendant (or lawyer)*        to. strike trial on Jan 11.23
Address: 1900 Spring Rd., Ste. 200, Oak Brook, IL 60523   ENTERED:
Telephone #:  (630) 571-1900                                                    Date
Email:   rcuster@lilliglaw.com                                         Judge Linzey Jones 2050.
Attorney # (if any):   11196.

E N T E R E D
Judge Linzey Jones 2050
JAN 10 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

FILED DATE: 4/4/2023 11:14 AM   2020S004317

**Exhibit "1"**

Calculation of Use & Occupancy
for 5403 Lagrange Road, Countryside, Illinois
From March 1, 2020 to June 30, 2021

| | |
|---|---|
| March, 2020 | $0.00 |
| April, 2020 | $2,500.00 |
| May, 2020 | $2,500.00 |
| June, 2020 | $5,000.00 |
| July, 2020 | $5,000.00 |
| August, 2020 | $5,000.00 |
| September, 2020 | $7,500.00 |
| October, 2020 | $7,500.00 |
| November, 2020 | $7,500.00 |
| December, 2020 | $10,000.00 |
| January, 2021 | $10,000.00 |
| February, 2021 | $10,000.00 |
| March, 2021 | $12,500.00 |
| April, 2021 | $12,500.00 |
| May, 2021 | $12,500.00 |
| June, 2021 | $15,000.00 |
| TOTAL | $125,000.00 |

FILED DATE: 4/4/2023 11:14 AM    2020S004317

EXHIBIT "2"

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
FIFTH DISTRICT/MUNICIPAL DEPARTMENT

FILED DATE: 4/4/2023 11:14 AM   2020500A4317

GUADALUPE ARCE,       )
    Plaintiff,       )       Case No.  2020 M5-004317
               )
vs.       )       Re:   5403 S. LaGrange Road
               )       Countryside, IL 60525
TAVERN ON LAGRANGE II, LLC an Illinois       )       ("Property")
Limited Liability Company; TIFFANY PERKINS;   )
TAVERN ON LAGRANGE CORP., an Illinois       )
Corporation; PINNACLE ASSET       )
MANAGEMENT, LLC, an Illinois Limited       )
Liability Company, UNKNOWN OCCUPANTS,   )
    Defendants.       )

### AFFIDAVIT OF GUADALUPE ARCE

GUADALUPE ARCE, being first duly sworn, deposes and states as follows:

That this affidavit is made on her personal knowledge and that, if affiant were sworn as a witness in the above entitled cause, she could competently testify to the following facts:

1. GUADALUPE ARCE is the Plaintiff in this case and the record owner of the Premises.
2. As of April 1, 2023, Defendants have not closed on the purchase of the Property.
3. As of April 3, 2023, Defendants have not moved out of the Property.

Further the affiant sayeth not.

                        Guadalupe Arce

STATE OF ILLINOIS       )
               ) SS.
COUNTY OF  ᴄᴏᴏᴋ       )

    GUADALUPE ARCE, being first duly sworn on oath deposes and says that she has read the foregoing Affidavit by her subscribed; and that the statements contained therein are true and correct.

                        GUADALUPE ARCE

SUBSCRIBED AND SWORN to
before me this 4th day of  APRIL , 2023.

                    
    NOTARY PUBLIC

RUSSELL R. CUSTER, JR., ESQ. (rcuster@lilliglaw.com)
ADRIAN MENDOZA, ESQ. (amendoza@lilliglaw.com)
LILLIG & THORSNESS, LTD.
1900 Spring Road, Suite 200
Oak Brook, IL  60523
(630) 571-1900
Atty. No. 11196

"OFFICIAL SEAL"
GERARDO CRUZ
Notary Public, State of Illinois
My Commission Expires 03/29/2025

FILED DATE: 4/4/2023 11:14 AM   20205004317

EXHIBIT "3"

**This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | | *For Court Use Only* |
|---|---|---|
| Cook _____ **COUNTY** | **EVICTION ORDER** | |

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed. | **Plaintiff** *(For example, the landlord or owner):* <br> Guadalupe Arce | |
| Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*. | v. | |
| Check the box for Unknown Occupants if it was checked on the *Eviction Complaint*. | **Defendants** *(For example, the tenants or occupants):* <br> Tavern on LaGrange II, LLC, Tiffany Perkins, <br> Tavern on LaGrange Corp., and Pinnacle Asset <br> Management, LLC <br> ☑ **Unknown Occupants** | **Case Number** |

FILED DATE: 4/4/2023 11:14 AM   2020500004317

**This Order is entered:**

☐ By default *(Defendants not in court)*
☐ After contested hearing or trial
☑ After compliance hearing, the Defendants having failed to comply with a previous Agreed Order
☐ By agreement *(the court having made no factual findings)*

> Check the box for the type of order that is entered.

Signed and agreed to,

> All parties (or their lawyer) who agree to this *Eviction Order* should sign it.

_____          _____
*Plaintiff (or lawyer)*                                              *Defendant (or lawyer)*

_____          _____
*Defendant (or lawyer)*                                            *Defendant (or lawyer)*

| **Notice to Defendants:** | This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. There are other orders you may use to resolve your case by agreement. Do not agree to this *Order* if: <br> • You have an agreement with Plaintiff that lets you stay in the property (Use *Agreed Settlement Order with Status Date (Defendants Will Pay & Stay)* or *Agreed Dismissal Order (Case May Be Reinstated if Defendants Violate Agreement)*; OR <br> • Plaintiff has agreed to dismiss this case if you move out by a certain date (Use *Agreed Settlement Order with Status Date (Defendants Will Move)*). |
|---|---|

**You must complete sections 1-5.**

In 1, check the boxes to indicate who is in court. Enter the names of the Defendants who were in court.

1. **People in court:**
   ☐ Plaintiff   ☑ Plaintiff's lawyer   ☐ Defendants' lawyer
   ☐ Defendants: _____
   _____
   ☐ Other: _____

In 2, check the box if any Defendants were dismissed from the case. Enter the names of the dismissed Defendants. Otherwise, leave blank.

☐ 2. The following individuals are dismissed as Defendants and this *Order* does not apply to them:
_____

In 3, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

3. Plaintiff is given possession of the property located at:
   5403 S. LaGrange Road _____  Unit _____
   *Street address*
   Countryside _____  Illinois ____  60525 ____
   *City*                              *State*        *ZIP*

In 4, enter the date and time by which Defendants must move out.

4. Defendants must move out of the property on or before  04/12/2023
   *Date*
   ☑ by 11:59 p.m.   OR   ☐ by _____ ☐ a.m. ☐ p.m.
                                        *Time*

E-O 3500.4                                          Page 1 of 2                                          (12/21)

FILED DATE: 4/4/2023 11:14 AM   20205004317

**This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.**

| |
|---|
| In 5, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*. |

5. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: <u>Tavern on</u> <u>LaGrange II, LLC, Tiffany Perkins, Tavern on LaGrange Corp. *</u>   ☑ Unknown Occupants
*Pinnacle Asset Management, LLC

**Section 6 is for landlords** (condominium and homeowner associations should use Section 7)

| |
|---|
| In 6, complete only if Plaintiff is a landlord. Condominium or homeowner associations suing an owner should use Section 7. |
| Check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money. |

6. Check all that apply:
☐ No money claimed in *Eviction Complaint*
☐ Money claim dismissed and Plaintiff **may** seek this money in the future
☐ Money claim dismissed and Plaintiff **may not** seek this money in the future
☑ Plaintiff is owed:
  ☑ $ 125,000.00                   in rent
  ☐ $                                   in court costs
  ☐ $                                   in attorneys' fees *(if allowed)*
  $ 125,000.00                   is the total judgment entered against the following Defendants: Pinnacle Asset
<u>Tavern on LaGrange II, LLC, Tiffany Perkins, Tavern on LaGrange Corp. and</u> Management, LLC
☐ The Court is not yet ruling on the money claim. Case continued to:
  _____ at _____ ☐ a.m. ☐ p.m. for: ☐ status   OR   ☐ hearing
  *Date*                *Time*
  in courtroom _____ and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*.

**Section 7 is for condominium and homeowner associations** (landlords should use Section 6)

| |
|---|
| In 7, complete only if Plaintiff is a condominium or homeowner association suing an owner. |

7. Check all that apply:
☐ This Order is entered against the unit only (*In Rem*)
☐ Plaintiff is owed:
  ☐ $                                   in assessments
  ☐ $                                   in court costs
  ☐ $                                   in attorney's fees
  $                                   is the total judgment entered against the following Defendants:
  _____
  The expiration of judgment provisions of <u>735 ILCS 5/9-117</u> do not apply to this *Order*.
☐ The Court is not yet ruling on the money claim. Case continued to:
  _____ at _____ ☐ a.m. ☐ p.m. for: ☐ status   OR   ☐ hearing
  *Date*                *Time*
  in courtroom _____ and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction* Order.

| |
|---|
| **STOP!** DO NOT complete this section. The judge will complete this section if it applies to your case. |

☐ 8. This *Order* is entered after an Emergency Housing Proceeding. An order entered under these sections may not be stayed more than 7 days. Check the box to indicate which section of the Eviction Act applies:
  ☐ 735 ILCS 5/9-118   ☐ 735 ILCS 5/9-119   ☐ 735 ILCS 5/9-120
  The sheriff or other lawfully deputized officers shall give priority to service and execution of orders entered under Sections 118 and 119, or execute the *Order* within 7 days of its entry if entered under Section 120.

| |
|---|
| Enter the name and contact information of the person completing this *Order*. **DO NOT** complete the section to the right for Date and Judge. |

Russell R. Custer, Jr., Esq.
**Name:** Lillig & Thorsness, Ltd. R. Custer, Esq.
**Street Address:** 1900 Spring Road, Suite 200
**City, State, ZIP:** Oak Brook, IL  60523
**Telephone #:** (630) 571-1900
**Attorney #** *(if any):* 11196
**Email Address** *(if any):* rcuster@lilliglaw.com

**ENTERED:** _____
                              *Date*

_____
*Judge*

E-O 3500.4                          Page 2 of 2                          (12/21)

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0203
System Generated Hearing Date: 4/12/2023 9:00 AM
Location: Court Room 0203
Judge: Carmody, Matthew J.

FILED
4/4/2023 11:14 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20205004317
22143938

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
FIFTH DISTRICT/MUNICIPAL DEPARTMENT

FILED DATE: 4/4/2023 11:14 AM    20205004317

| | | |
|---|---|---|
| GUADALUPE ARCE, | ) | Case No.  2020 M5-004317 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Re:    5403 S. LaGrange Road |
| | ) | Countryside, IL  60525 |
| TAVERN ON LAGRANGE II, LLC an Illinois | ) | ("Premises") |
| Limited Liability Company; TIFFANY PERKINS; | ) | |
| TAVERN ON LAGRANGE CORP., an Illinois | ) | |
| Corporation; PINNACLE ASSET | ) | |
| MANAGEMENT, LLC, an Illinois Limited | ) | |
| Liability Company, UNKNOWN OCCUPANTS, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    George F. LaForte, Jr., Esq.
Bishop & LaForte, Ltd.
Summit Oaks
1S450 Summit Avenue, Suite 325
Oakbrook Terrace, IL  60181
glafortejr@bishoplaforte.com

On **April 12, 2023, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall

appear before the Honorable Judge Linzey Jones or any judge sitting in his stead, in the

courtroom #103 usually occupied by him at the Cook County Courthouse, 10220 S. 76th Avenue,

Bridgeview, Illinois  60455, via Zoom video or telephone conference and, then and there provide

to the court the attached Motion for Entry of an Eviction Order and Money Judgment **for**

**presentment purposes only.**

The Zoom video call information is:
Meeting ID Number: 912-9616-3279
Password (if applicable): 657118

Attached to this notice is a court-approved flyer explaining how to use Zoom. If you need further

assistance, please call the Justice Corps court information helpline at (872) 529-1903.

Russell R. Custer, Jr., Esq. (rcuster@lilliglaw.com)
Adrian Mendoza, Esq. (amendoza@lilliglaw.com)
Lillig & Thorsness, Ltd.
Oak Brook, IL. 60523
(630) 571-1900; (630) 571-1042 (fax)
Attorney No. 11196

GUADALUPE ARCE, by and through her
attorneys, Lillig & Thorsness, Ltd.

_____
One of her attorneys

FILED DATE: 4/4/2023 11:14 AM   2020500431?

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF DUPAGE    )

       I, the undersigned, a non-attorney, certify that a copy of the foregoing Notice of Motion and Motion for Entry of Eviction Order and Money Judgment was served upon the following persons at their respective email and postal addresses as either known by Plaintiffs attorney or disclosed by their appearance(s) and pleading(s) on file in this case in a sealed envelope:

TO:   George F. LaForte, Jr., Esq.
      Bishop & LaForte, Ltd.
      Summit Oaks
      1S450 Summit Avenue, Suite 325
      Oakbrook Terrace, IL  60181
      glafortejr@bishoplaforte.com

as sent to their respective email address and mailed with postage fully paid and by depositing said envelope in the U.S. Mail at 1900 Spring Road, Suite 200, Oak Brook, IL all on this _____ day of April, 2023.

SUBSCRIBED AND SWORN TO before
me this _____ day of April, 2023.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CARLEE CARLSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/1/2025

Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL  60523
(630) 571-1900
Attorney No. 11196

FILED DATE: 4/4/2023 11:14 AM    20205004317

# ZOOM FROM YOUR PHONE
**How to use Zoom on your smart phone for your remote court hearing**



## 1  GO TO YOUR APP STORE
On iPhones, it is called the App Store. On Androids, it is called Google Play. If the court gave you a link, click the link and follow the instructions.

 
Google Play

## 2  DOWNLOAD THE ZOOM APP
Search for the Zoom Cloud Meetings app in the search bar and download the FREE app called "ZOOM Cloud Meetings."


ZOOM Cloud Meetings
Meet Happy
★★★★★

## 3  OPEN THE ZOOM APP
You can open the Zoom app immediately after downloading it by clicking the "Open" button in your App Store or you can open the Zoom app that is now on your phone.

OPEN 

## 4  CLICK "JOIN A MEETING"
You do not need to "Sign Up" or "Sign In" to join a meeting.


Join a Meeting

## 5  TYPE YOUR INFORMATION AND CLICK "JOIN"
Type in the Meeting ID the court gives you in the box labeled A.
Type in your full name in the box labeled B.


Cancel    Join a Meeting
(A)
Join with a personal link name
(B)

## 6  TYPE THE ZOOM MEETING PASSWORD
Type in the Zoom Meeting Password the court gives you in the box labeled C and click "Continue."


Please enter your meeting password
(C)
Cancel    Continue

## 7  CLICK "JOIN WITH VIDEO"
You will be automatically asked to connect to video. If you are not asked, look for the camera symbol and click "Start Video."

Join with Video

## 8  CLICK "JOIN AUDIO" AND CHOOSE "CALL OVER INTERNET" OR "DIAL IN"
You will be automatically asked to connect to audio. If you are not asked, look for the headphones symbol, click "Join Audio," and select "Call Over Internet." "Dial in" requires the phone number the court gives you.


Join Audio    Start Video    Share Content    Participants    More
To hear others please join audio
Call Over Internet
Dial in
Cancel


ACCESS TO JUSTICE
EDUCATION, SUPPORT, EMPOWERMENT.
(08/20)

**Flip for Computer Instructions and Tips** →

FILED DATE: 4/4/2023 11:14 AM    20205004317

# ZOOM FROM YOUR COMPUTER

### How to use Zoom on your computer or laptop (with a webcam) for your remote court hearing



---

**1**    ## GO TO zoom.us/join

If the court gave you a link, click the link and follow the instructions.



---

**2**    ## TYPE YOUR INFORMATION AND CLICK "JOIN"

Type in the Meeting ID the court gives you in the box labeled A and click "Join."



---

**3**    ## CLICK "OPEN ZOOM MEETINGS"

If you don't have Zoom installed on your computer, click on "download and run Zoom" and open the .exe file to install Zoom.



---

**4**    ## TYPE YOUR INFORMATION AND CLICK "JOIN"

Type in the Meeting ID the court gives you in the box labeled B. Type in your full name in the box labeled C.



---

**5**    ## TYPE THE ZOOM MEETING PASSWORD

Type in the Zoom Meeting Password the court gives you in the box labeled D and click "Join Meeting."



---

**6**    ## CLICK "JOIN WITH VIDEO"

You will see a video preview before you join with video. If you do not want to appear with video, click "Join without Video."



---

**7**    ## CLICK "JOIN WITH COMPUTER AUDIO"

You can test your speaker and microphone by clicking the words under "Join with Computer Audio."



---

**Getting Ready for Your Remote Hearing:**

- Check your internet or phone connection.
- Charge your computer or phone. Make sure you have enough minutes.
- Use earbuds or headphones if you can. This makes it easier to hear you speak.
- Look for the microphone symbol to mute and un-mute yourself.
- Keep yourself on mute when your case is not before the judge.

- Use an empty, quiet space where no one will interrupt you and with no background noise.
- Set the camera at eye level. If using a phone, prop it up so your hands are free.
- Pause before speaking in case there is audio/video lag.
- Even if you are at home, remember that a remote hearing is still an official court hearing and you should dress and behave appropriately.



**Flip for Phone Instructions** →

FILED DATE: 4/4/2023 11:14 AM   2020S004317

# ZOOM DESDE SU TELÉFONO

## Cómo usar Zoom en su teléfono inteligente para su audiencia remota en la corte



**1** **VAYA A SU TIENDA DE *APPS***

En iPhone, se llama App Store. En Android, se llama Google Play.
Si la corte le dio un sitio internet "link," haga clic en el sitio y siga las instrucciones.



Google Play

**2** **DESCARGUE EL *APP* DE ZOOM**

Ponga Zoom Cloud Meetings en la barra de búsqueda de *apps* y descargue
el *app* GRATIS llamada "ZOOM Cloud Meetings."


ZOOM Cloud Meetings
Meet Happy
★★★★★

**3** **ABRA EL *APP* DE ZOOM**

Puede abrir el *app* de Zoom inmediatamente después de descargarla
haciendo clic en el botón "Open" de su tienda de *apps*, o puede abrir el *app*
de Zoom que está instalada ahora en su teléfono.


OPEN


**4** **HAGA CLIC EN "JOIN A MEETING"**

No hace falta "Sign Up" (registrarse) o "Sign In" (iniciar sesión) para participar
en una reunión.

Join a Meeting

**5** **PONGA SUS DATOS Y HAGA CLIC EN "JOIN"**

Ponga el número asignado a su reunión (Meeting ID) que le dio la corte
en el recuadro A. Ponga su nombre completo en el recuadro B. Primero su nombre
y luego su apellido.


Cancel    Join a Meeting
Ⓐ
Join with a personal link name
Ⓑ

**6** **PONGA LA CONTRASEÑA DE LA REUNIÓN DE ZOOM**

Ponga la contraseña (Zoom Meeting Password) que le dio la corte en el recuadro C
y haga clic en "Continue."


Please enter your meeting password
Ⓒ
Cancel    Continue

**7** **HAGA CLIC EN "JOIN WITH VIDEO"**

Recibirá automáticamente un mensaje para conectar el video. Si no ve
el mensaje, busque el símbolo de la cámara y haga clic en "Start Video."

Join with Video

**8** **HAGA CLIC EN "JOIN AUDIO" Y SELECCIONE "CALL OVER INTERNET" O "DIAL IN"**

Recibirá automáticamente un mensaje para conectar el audio. Si no ve el mensaje,
busque el símbolo de audífonos, haga clic en "Join Audio" y seleccione "Call Over Internet."
La opción "Dial in" requiere el número de teléfono que le dio la corte.


Join Audio   Start Video   Share Content   Participants   More
To hear others
please join audio
Call Over Internet
Dial in
Cancel


ACCESS
TO JUSTICE
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

**Vea instrucciones para conectarse con una computadora y consejos útiles al otro lado.**

FILED DATE: 4/4/2023 11:14 AM 2020500431?

# ZOOM DESDE SU COMPUTADORA

### Cómo usar Zoom en su computadora o portátil (con webcam) para su audiencia remota en la corte



**1** ### VISITE zoom.us/join
Si la corte le dio un sitio internet "link," haga clic en el sitio "link" y siga las instrucciones.

**2** ### PONGA SUS DATOS Y HAGA CLIC EN "JOIN"
Ponga el número asignado a su reunión (Meeting ID) que le dio la corte en el recuadro A y haga clic en "Join."



**3** ### HAGA CLIC EN "OPEN ZOOM MEETINGS"
Si no tiene Zoom instalado en su computadora, haga clic en "download and run Zoom" (descargar y ejecutar Zoom) y abra el archivo .exe para instalar Zoom.



**4** ### PONGA SUS DATOS Y HAGA CLIC EN "JOIN MEETING"
Ponga el número asignado a su reunión (Meeting ID) que le dio la corte en el recuadro B. Ponga su nombre completo en el recuadro C. Primero su nombre y luego su apellido.



**5** ### PONGA LA CONTRASEÑA DE LA REUNIÓN DE ZOOM
Ponga la contraseña (Zoom Meeting Password) que le dio la corte en el recuadro D y haga clic en "Join Meeting."



**6** ### HAGA CLIC EN "JOIN WITH VIDEO"
Verá una vista previa de video antes de conectar el video. Si no quiere aparecer con video y solo con voz, haga clic en "Join without Video."



**7** ### HAGA CLIC EN "JOIN WITH COMPUTER AUDIO"
Puede probar su volumen y micrófono haciendo clic en las palabras debajo de "Join with Computer Audio."



**Cómo prepararse para su audiencia remota:**

- Verifique su conexión de internet o teléfono.
- Cargue su computadora o teléfono. Verifique que tenga minutos suficientes.
- Si puede, use audífonos o auriculares. De esa manera será más fácil escuchar lo que está diciendo.
- Haga clic en el símbolo del micrófono para activar y desactivar el modo silenciar.

- Instálese en un espacio desocupado y tranquilo donde nadie lo interrumpa y que no hayan ruidos de fondo.
- Coloque la cámara al nivel de sus ojos. Si va a usar un teléfono, apóyelo en un soporte para dejar las manos libres.
- Haga una pausa antes de hablar en caso que haya una demora en el audio/video.
- Aunque esté en casa, recuerde que una audiencia remota sigue siendo una audiencia oficial de la corte. Vístase y compórtese adecuadamente, como si estuviera en la corte.



ACCESS
TO JUSTICE
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

Vea instrucciones para teléfonos inteligentes al otro lado    ⟶

# EXHIBIT "3"

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0203
System Generated Hearing Date: 4/12/2023 9:00 AM
Location: Court Room 0203
Judge: Carmody, Matthew J.

FILED DATE: 4/4/2023 11:10 AM    2020500431

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
FIFTH DISTRICT/MUNICIPAL DEPARTMENT

FILED
4/4/2023 11:10 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020M5004317
22143740

| | |
|---|---|
| GUADALUPE ARCE, | ) |
|     Plaintiff, | ) Case No.  2020 M5-004317 |
| | )     Courtroom, 0203 |
|     vs. | ) |
| | ) Re:   5403 S. LaGrange Road |
| | )     Countryside, IL 60525 |
| TAVERN ON LAGRANGE II, LLC an Illinois | )     ("Premises") |
| Limited Liability Company; TIFFANY PERKINS; | ) |
| TAVERN ON LAGRANGE CORP., an Illinois | ) |
| Corporation; PINNACLE ASSET | ) |
| MANAGEMENT, LLC, an Illinois Limited | ) |
| Liability Company, UNKNOWN OCCUPANTS, | ) |
|     Defendants. | ) |

## MOTION FOR JUDGMENT AGAINST DEFENDANTS FOR UNPAID INTERIM USE AND OCCUPANCY

NOW COMES the Plaintiff, GUADALUPE ARCE ("Plaintiff" or "Arce"), by and through her attorneys, Lillig & Thorsness, Ltd., and moves this court for a money judgment against TAVERN ON LAGRANGE CORP., an Illinois corporation ("Tavern"), TAVERN ON LAGRANGE II, LLC, an Illinois limited liability company ("Tavern II"), TIFFANY PERKINS ("Perkins") and PINNACLE ASSET MANAGEMENT, LLC, an Illinois limited liability company ("Pinnacle"), (collectively "Defendants"), for unpaid interim use and occupancy (the "Motion") and, in support thereof, states as follows:

1.    On August 10, 2021, the Court ordered that Defendants, jointly and severally, shall pay Plaintiff and deliver a check to Plaintiffs attorney in the sum of $15,000.00 for interim use and occupancy of the Premises on the seventh (7th) day of each month after July 1, 2021. See Exhibit "1" ("Order").

2.    Defendants have delivered interim use and occupancy checks for July, 2021, through February, 2023, but, no $15,000.00 payment has been delivered for the March or April, 2023, interim use and occupancy.

3.    The Order, further, provided that upon Defendants neglect or failure to timely pay the aforesaid amounts of interim use and occupancy that the court shall enter judgm

**EXHIBIT**

**3**

tabbies®

FILED DATE: 4/4/2023 11:10 AM  2020S004317

and severally, against the Defendants for any unpaid interim use and occupancy amounts due and owing since July 1, 2021.

WHEREFORE, Plaintiffs prays, pursuant to said Order that this court (i) enter a judgment against Defendants, jointly and severally, in the amount of $30,000.00 for unpaid March and April, 2023 interim use and occupancy due the Plaintiff and (ii) for such other appropriate relief against Defendants as this court deems just and equitable.

Date:_____4/4_____, 2023

Russell R. Custer, Jr., Esq.
Adrian Mendoza, Esq.
Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, Illinois 60523
630.571.1900; Attorney No. 11196
rcuster@lilliglaw.com/amendoza@lilliglaw.com

Respectfully submitted,
GUADALUPE ARCE, by and through
her attorneys, Lillig & Thorsness, Ltd.

By: _____
One of Her Attorneys

2

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
FIFTH DISTRICT/MUNICIPAL DEPARTMENT

GUADALUPE ARCE,　　　　　　　　　 )
　　　　　　　　　　 Plaintiff,　　　 )　　　Case No. 2020 M5-004317
　　　　　　　　　　　　　　　　　　 )
　　 vs.　　　　　　　　　　　　　　 )　　　(Courtroom 103)
　　　　　　　　　　　　　　　　　　 )
TAVERN ON LAGRANGE II, LLC an Illinois )　Re:　5403 S. LaGrange Road
Limited Liability Company; TIFFANY PERKINS; )　　　Countryside, IL 60525
TAVERN ON LAGRANGE CORP., an Illinois )　　　("Property")
Corporation; PINNACLE ASSET　　　　 )
MANAGEMENT, LLC, an Illinois Limited )
Liability Company, UNKNOWN OCCUPANTS, )
　　　　　　　　　　 Defendants.　 )

ORDER FOR INTERIM USE AND OCCUPANCY

　　This matter having come before this Court on Plaintiff's motion for an interim use and occupancy order ("Motion"), due notice having been given and the court being fully advised in the premises;

　　IT IS HEREBY FOUND that, on April 26, 2021, Plaintiff filed the Motion. The Motion asserts, pursuant to 735 ILCS 5/9-201, that Defendants should, prospectively, be liable, jointly and severally, for payment to Plaintiff of a reasonable monthly amount for their use and occupancy of the Property pending resolution of these eviction proceedings. In support thereof, the Motion asserts (i) the Property has been occupied and operated as a tavern and restaurant business by Defendants without any special agreement since about February 19, 2020, (ii) Defendants failed and refused in March, 2020, to finalize their proposed arrangements with Plaintiff for their lease (with option to purchase) the Property at $10,000.00 per month for the first 6 months and $15,000.00 per month thereafter, and (iii) Defendants, while contesting the eviction, have paid nothing for their use and occupancy since about February 19, 2020, while being open for business at less than full capacity.

　　IT IS FURTHER FOUND that, on May 25, 2021, Defendants filed their Response to the Motion. The Response asserts that (i) Defendants are in possession of the Property, (ii) Defendants are contesting the eviction and have filed Counterclaims against Plaintiff and a third party, and (iii) Defendants are not opposed to the payment of some use and occupancy to Plaintiff but argue that the court should, among other things, give consideration to the COVID-19 pandemic capacity restrictions applicable to bars and restaurants ("Restrictions").

EXHIBIT

FILED DATE: 4/4/2023 11:10 AM　2020500A317

FILED DATE: 10/12/2021 12:00 AM　2020500A317

FILED DATE: 4/4/2023 11:10 AM  2020S004317

FILED DATE: 10/12/2021 12:00 AM  2020S004317

IT IS FURTHER FOUND that Plaintiff replied on June 8, 2021, saying that she has expended $166,744.46 in Property expenditures since February 1, 2020, that the Restrictions would be ending soon and, at full capacity, the reasonable market value for Defendant's monthly use and occupancy of the Property should be $15,000.00 per month or what Defendants previously proposed to pay Plaintiff for their use and occupancy prior to COVID-19 pandemic Restrictions.

IT IS FURTHER FOUND that, as noted during court discussions on June 29, 2021, all Restrictions have been lifted from the Property and Defendants are now operating the bar and restaurant at full capacity.

IT IS HEREBY ORDERED that the Defendants, jointly and severally, shall be liable for $15,000.00 per month for their use and occupancy of the Property from July 1, 2021. Defendants shall pay and delivery by check to Lillig & Thorsness, Ltd., at 1900 Spring Road, Suite 200, Oak Brook, Illinois 60523, $30,000.00 by August 31, 2021, for accrued interim use and occupancy and $15,000.00 by the 7th day of each month thereafter and continuing until such time as this eviction action is resolved.

IT IS FURTHER ORDERED that, upon Defendants' failure or neglect to timely pay said interim use and occupancy, upon Plaintiff's motion and notice filed herein, the court shall (i) enter a judgment jointly and severally against Defendants for all unpaid interim use and occupancy amounts due and owing from July 1, 2021, and (ii) schedule an immediate trial date as to possession (Count I) and for damages (Count II).

IT IS FURTHER ORDERED that Defendants shall deliver by August 31, 2021, to Plaintiff's attorney proof of and premium payment for liquor liability insurance for Defendants' use and occupancy of the Property

IT IS FURTHER ORDERED that there is no just reason to delay enforcement or appeal of this interim use and occupancy order.

DATED: August 10, 2021

ENTERED:

JUDGE

Russell R. Custer, Jr.
Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL 60523
(630) 571-1900/Atty. 11196 (rcuster@lilliglaw.com)

2

ENTERED
Judge Linzey Jones-2050

AUG 10 2021

D. Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0203
System Generated Hearing Date: 4/12/2023 9:00 AM
Location: Court Room 0203
Judge: Carmody, Matthew J.

FILED
4/4/2023 11:10 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020S004317
Courtroom, 0203
42173740

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
FIFTH DISTRICT/MUNICIPAL DEPARTMENT

GUADALUPE ARCE,  )
          Plaintiff,  )
              )   Case No. 2020 M5-0043743740
  vs.            )
              )   Re:   5403 S. LaGrange Road
TAVERN ON LAGRANGE II, LLC an Illinois )         Countryside, IL  60525
Limited Liability Company; TIFFANY PERKINS; )      ("Premises")
TAVERN ON LAGRANGE CORP., an Illinois )
Corporation; PINNACLE ASSET     )   Courtroom 103
MANAGEMENT, LLC, an Illinois Limited )
Liability Company, UNKNOWN OCCUPANTS, )
          Defendants.  )

FILED DATE: 4/4/2023 11:10 AM   2020S004317

## NOTICE OF MOTION

TO:   George F. LaForte, Jr., Esq.
    Bishop & LaForte, Ltd.
    Summit Oaks
    1S450 Summit Avenue, Suite 325
    Oakbrook Terrace, IL 60181
    glafortejr@bishoplaforte.com

Please take notice that on **April 12, 2023** at **9:00 a.m.**, or as soon thereafter as counsel

may be heard, I shall appear before the Honorable Judge Linzey Jones, or any judge sitting in his

stead, in courtroom 103 usually occupied by him at the Cook County Courthouse, 10220 S. 76th

Avenue, Bridgeview, Illinois  60455, via Zoom video or telephone conference and, then and

there, provide to the court the attached Motion for Judgment against Defendants for unpaid

interim use and occupancy **for presentment purposes only**.

The Zoom video call information is:
Meeting ID Number: 912-9616-3279
Password (if applicable):  657118

Attached to this notice is a court-approved flyer explaining how to use Zoom. If you need further

assistance, please call the Justice Corps court information helpline at (872) 529-1903.

GUADALUPE ARCE, by and through her
attorneys, Lillig & Thorsness, Ltd.

Russell R. Custer, Jr., Esq. (rcuster@lilliglaw.com)
Adrian Mendoza, Esq. (amendoza@lilliglaw.com)
Lillig & Thorsness, Ltd.
Oak Brook, IL. 60523
(630) 571-1900; (630) 571-1042 (fax)      One of her attorneys
Attorney No. 11196

FILED DATE: 4/4/2023 11:10 AM   2020S004317

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF DUPAGE       )


     I, the undersigned, a non-attorney, certify that a copy of the foregoing Notice of Motion and related Motion for Judgment against Defendants for unpaid interim use and occupancy and to schedule an immediate trial date for possession and damages was served upon the following persons at their respective addresses and email addresses as disclosed by their appearance(s) and pleading(s) on file in this case in a sealed envelope:

TO:   George F. LaForte, Jr., Esq.
      Bishop & LaForte, Ltd.
      Summit Oaks
      1S450 Summit Avenue, Suite 325
      Oakbrook Terrace, IL 60181
      glafortejr@bishoplaforte.com

with postage fully paid and by depositing said envelopes in the U.S. Mail at 1900 Spring Road, Suite 200, Oak Brook, IL  on this ____4th____ day of April, 2023, with additional electronic service via emails on said date to glafortejr@bishoplaforte.com.

SUBSCRIBED AND SWORN TO before
me this ___4th___ day of April, 2023

_____
NOTARY PUBLIC

OFFICIAL SEAL
CARLEE CARLSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/1/2025

Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL  60523
(630) 571-1900
Attorney No. 11196

2

FILED DATE: 4/4/2023 11:10 AM    2020500437

# ZOOM FROM YOUR PHONE

### How to use Zoom on your smart phone for your remote court hearing



**1  GO TO YOUR APP STORE**

On iPhones, it is called the App Store. On Androids, it is called Google Play. If the court gave you a link, click the link and follow the instructions.

 

Google Play

**2  DOWNLOAD THE ZOOM APP**

Search for the Zoom Cloud Meetings app in the search bar and download the FREE app called "ZOOM Cloud Meetings."



ZOOM Cloud Meetings
Most Happy
★★★★★

**3  OPEN THE ZOOM APP**

You can open the Zoom app immediately after downloading it by clicking the "Open" button in your App Store or you can open the Zoom app that is now on your phone.



OPEN

**4  CLICK "JOIN A MEETING"**

You do not need to "Sign Up" or "Sign In" to join a meeting.



Join a Meeting

**5  TYPE YOUR INFORMATION AND CLICK "JOIN"**

Type in the Meeting ID the court gives you in the box labeled A.
Type in your full name in the box labeled B.



Cancel    Join a Meeting    (A)

Join with a personal link name    (B)

**6  TYPE THE ZOOM MEETING PASSWORD**

Type in the Zoom Meeting Password the court gives you in the box labeled C and click "Continue."



Please enter your meeting password

(C)

Cancel    Continue

**7  CLICK "JOIN WITH VIDEO"**

You will be automatically asked to connect to video. If you are not asked, look for the camera symbol and click "Start Video."



Join with Video

**8  CLICK "JOIN AUDIO" AND CHOOSE "CALL OVER INTERNET" OR "DIAL IN"**

You will be automatically asked to connect to audio. If you are not asked, look for the headphones symbol, click "Join Audio," and select "Call Over Internet." "Dial in" requires the phone number the court gives you.



Join Audio    Start Video    Share Content    Participants    More

To hear others please join audio

Call Over Internet

Dial in

Cancel



ACCESS TO JUSTICE
EDUCATION, SUPPORT, EMPOWERMENT.
(08/20)

**Flip for Computer Instructions and Tips** →

FILED DATE: 4/4/2023 11:10 AM    2020S004317

# ZOOM FROM YOUR COMPUTER

**How to use Zoom on your computer or laptop (with a webcam) for your remote court hearing**

**1**  **GO TO zoom.us/join**

If the court gave you a link, click the link and follow the instructions.



**2**  **TYPE YOUR INFORMATION AND CLICK "JOIN"**

Type in the Meeting ID the court gives you in the box labeled A and click "Join."



**3**  **CLICK "OPEN ZOOM MEETINGS"**

If you don't have Zoom installed on your computer, click on "download and run Zoom" and open the .exe file to install Zoom.



**4**  **TYPE YOUR INFORMATION AND CLICK "JOIN"**

Type in the Meeting ID the court gives you in the box labeled B. Type in your full name in the box labeled C.



**5**  **TYPE THE ZOOM MEETING PASSWORD**

Type in the Zoom Meeting Password the court gives you in the box labeled D and click "Join Meeting."



**6**  **CLICK "JOIN WITH VIDEO"**

You will see a video preview before you join with video. If you do not want to appear with video, click "Join without Video."



**7**  **CLICK "JOIN WITH COMPUTER AUDIO"**

You can test your speaker and microphone by clicking the words under "Join with Computer Audio."



## Getting Ready for Your Remote Hearing:

- Check your internet or phone connection.
- Charge your computer or phone. Make sure you have enough minutes.
- Use earbuds or headphones if you can. This makes it easier to hear you speak.
- Look for the microphone symbol to mute and un-mute yourself.
- Keep yourself on mute when your case is not before the judge.

- Use an empty, quiet space where no one will interrupt you and with no background noise.
- Set the camera at eye level. If using a phone, prop it up so your hands are free.
- Pause before speaking in case there is audio/video lag.
- Even if you are at home, remember that a remote hearing is still an official court hearing and you should dress and behave appropriately.



**Flip for Phone Instructions** 

FILED DATE: 4/4/2023 11:10 AM    20205004317

# ZOOM DESDE SU TELÉFONO

### Cómo usar Zoom en su teléfono inteligente para su audiencia remota en la corte



**1**  **VAYA A SU TIENDA DE *APPS***

En iPhone, se llama App Store. En Android, se llama Google Play.
Si la corte le dio un sitio internet "link," haga clic en el sitio y siga las instrucciones.

 
Google Play

**2**  **DESCARGUE EL *APP* DE ZOOM**

Ponga Zoom Cloud Meetings en la barra de búsqueda de *apps* y descargue
el *app* GRATIS llamada "ZOOM Cloud Meetings."


ZOOM Cloud Meetings


**3**  **ABRA EL *APP* DE ZOOM**

Puede abrir el *app* de Zoom inmediatamente después de descargarla
haciendo clic en el botón "Open" de su tienda de *apps*, o puede abrir el *app*
de Zoom que está instalada ahora en su teléfono.


OPEN

**4**  **HAGA CLIC EN "JOIN A MEETING"**

No hace falta "Sign Up" (registrarse) o "Sign In" (iniciar sesión) para participar
en una reunión.


Join a Meeting

**5**  **PONGA SUS DATOS Y HAGA CLIC EN "JOIN"**

Ponga el número asignado a su reunión (Meeting ID) que le dio la corte
en el recuadro **A** . Ponga su nombre completo en el recuadro **B**. Primero su nombre
y luego su apellido.



**6** **PONGA LA CONTRASEÑA DE LA REUNIÓN DE ZOOM**

Ponga la contraseña (Zoom Meeting Password) que le dio la corte en el recuadro **C**
y haga clic en "Continue."


Please enter your meeting password
**C**
Cancel        Continue

**7** **HAGA CLIC EN "JOIN WITH VIDEO"**

Recibirá automáticamente un mensaje para conectar el video. Si no ve
el mensaje, busque el símbolo de la cámara y haga clic en "Start Video."

Join with Video

**8** **HAGA CLIC EN "JOIN AUDIO" Y SELECCIONE
"CALL OVER INTERNET" O "DIAL IN"**

Recibirá automáticamente un mensaje para conectar el audio. Si no ve el mensaje,
busque el símbolo de audífonos, haga clic en "Join Audio" y seleccione "Call Over Internet."
La opción "Dial in" requiere el número de teléfono que le dio la corte.



To hear others
please join audio
Call Over Internet
Dial in
Cancel


**ACCESS TO JUSTICE**
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

Vea instrucciones para conectarse con una computadora y consejos útiles al otro lado.

FILED DATE: 4/4/2023 11:10 AM    2020500431?

# ZOOM DESDE SU COMPUTADORA

### Cómo usar Zoom en su computadora o portátil (con webcam) para su audiencia remota en la corte



**1** **VISITE zoom.us/join**
Si la corte le dio un sitio internet "link," haga clic en el sitio "link" y siga las instrucciones.

**2** **PONGA SUS DATOS Y HAGA CLIC EN "JOIN"**
Ponga el número asignado a su reunión (Meeting ID) que le dio la corte en el recuadro A y haga clic en "Join."



**3** **HAGA CLIC EN "OPEN ZOOM MEETINGS"**
Si no tiene Zoom instalado en su computadora, haga clic en "download and run Zoom" (descargar y ejecutar Zoom) y abra el archivo .exe para instalar Zoom.



**4** **PONGA SUS DATOS Y HAGA CLIC EN "JOIN MEETING"**
Ponga el número asignado a su reunión (Meeting ID) que le dio la corte en el recuadro B. Ponga su nombre completo en el recuadro C. Primero su nombre y luego su apellido.



**5** **PONGA LA CONTRASEÑA DE LA REUNIÓN DE ZOOM**
Ponga la contraseña (Zoom Meeting Password) que le dio la corte en el recuadro D y haga clic en "Join Meeting."

**6** **HAGA CLIC EN "JOIN WITH VIDEO"**
Verá una vista previa de video antes de conectar el video. Si no quiere aparecer con video y solo con voz, haga clic en "Join without Video."



**7** **HAGA CLIC EN "JOIN WITH COMPUTER AUDIO"**
Puede probar su volumen y micrófono haciendo clic en las palabras debajo de "Join with Computer Audio."

**Cómo prepararse para su audiencia remota:**
- Verifique su conexión de internet o teléfono.
- Cargue su computadora o teléfono. Verifique que tenga minutos suficientes.
- Si puede, use audífonos o auriculares. De esa manera será más fácil escuchar lo que está diciendo.
- Haga clic en el símbolo del micrófono para activar y desactivar el modo silenciar.

- Instálese en un espacio desocupado y tranquilo donde nadie lo interrumpa y que no hayan ruidos de fondo.
- Coloque la cámara al nivel de sus ojos. Si va a usar un teléfono, apóyelo en un soporte para dejar las manos libres.
- Haga una pausa antes de hablar en caso que haya una demora en el audio/video.
- Aunque esté en su casa, recuerde que una audiencia remota sigue siendo una audiencia oficial de la corte. Vístase y compórtese adecuadamente, como si estuviera en la corte.



ACCESS TO JUSTICE
EDUCATION. SUPPORT. EMPOWERMENT.
(08/20)

Vea instrucciones para teléfonos inteligentes al otro lado ⟶

# EXHIBIT "4"

Form G-4

## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Tavern on LaGrange Corp._____ Case No. __23-01687__ Chapter __11__

All Cases: Moving Creditor _____Guadalupe Arce_____ Date Case Filed __2/8/23__

Nature of Relief Sought: ☑ Lift Stay        ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____N/A_____ or Date Plan Confirmed _____N/A_____

Chapter 7: ☐ No-Asset Report Filed on _____N/A_____
        ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.    Collateral
      a.    ☐ Home
      b.    ☐ Car   Year, Make, and Model _____
      c.    ☑ Other (describe)__one story commercial building operated as a bar and restaurant__

2.    Balance Owed as of Petition Date  $ _____
      Total of all other Liens against Collateral $ __first mortgage balance__ $1,359,036.80

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition. (None)

4.    Estimated Value of Collateral (must be supplied in *all* cases)  $ _____1,750,000.00_____

5.    Default
      a.    ☑ Pre-Petition Default
            Number of months __0__        Amount $ _____0_____

      b.    ☑ Post-Petition Default
            i.    ☑ On direct payments to the moving creditor
                  Number of months __2__        Amount $ __30,000.00 (U&O)__

            ii.   ☐ On payments to the Standing Chapter 13 Trustee
                  Number of months _____        Amount $ _____N/A_____

6.    Other Allegations
      a.    ☑ Lack of Adequate Protection  § 362(d)(1)
            i.    ☐ No insurance
            ii.   ☐ Taxes unpaid          Amount $ _____
            iii.  ☐ Rapidly depreciating asset
            iv.   ☑ Other (describe) __failure or neglect to purchase or move out per 1/10/23 Agreed Settlement Order__

      b.    ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

      c.    ☑ Other "Cause" § 362(d)(1)
            i.    ☐ Bad Faith (describe)_____
            ii.   ☑ Multiple Filings
            iii.  ☑ Other (describe) __no ownership or leasehold interest - unable to fund plan to pay creditors__

      d.    Debtor's Statement of Intention regarding the Collateral
            i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed
                                                                    (not sure)

Date: ____4/4/23____                    _____
                                          Counsel for Movant

(Rev. 12 /21/09)

EXHIBIT

4